UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK SCHIFF, ET AL.,**<br><br>    **Plaintiffs,**<br><br>  vs.<br><br>**CITY AND COUNTY OF SAN FRANCISCO, ET AL.,**<br><br>    **Defendants.** | Case No.: 4:19-CV-03260-YGR<br><br>**ORDER TO SHOW CAUSE REGARDING PLAINTIFFS' FAILURE TO COMPLY WITH THIS COURT'S STANDING ORDER IN CIVIL CASES** |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

Counsel for the plaintiffs in this case are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failing to comply with this Court's Standing Order in Civil Cases ("Standing Order") regarding Pre-filing Conferences for Summary Judgment Motions.

The Court's Standing Order states at Section 9(a): "Within three (3) business days after receipt of the [defendants'] letter, any party who will oppose the motion must file a written response addressing the substance of the [defendants'] letter, with a copy to Chambers and the [defendants]. This response shall also be limited to three single-spaced pages, *including* any attached exhibits or supporting papers."

Defendants filed their pre-filing conference letter on May 16, 2022, and offered dates for a pre-filing conference. (Dkt. No. 71.) To date, plaintiffs have failed to file a response to that letter.

A hearing on this Order to Show Cause shall be held on May 27, 2022 at 11:00 a.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1 via Zoom videoconference. Counsel must file a written response to this Order to Show Cause no later than May 24, 2022.

If the Court is satisfied with counsel's response, it will consider taking the Order to Show Cause hearing off calendar. Otherwise, personal appearance by counsel will be required.

**IT IS SO ORDERED.**

Dated: May 23, 2022

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**