DAVID CHIU, State Bar #189542
City Attorney
JONATHAN ROLNICK, State Bar #151814
Chief Labor Attorney
PETER A. COWNAN, State Bar # 255910
CAROLINE M. PAGE, State Bar #313798
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Telephone:     (415) 554-3849
E-Mail:        peter.cownan@sfcityatty.org
E-Mail:        caroline.page@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM SCOTT AND GREG SUHR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK (RIC) SCHIFF; GLENN BRAKEL; ALICE DICROCE; JOSEPH EMANUEL; BRIAN GREER; CLAYTON HARMSTON; STEVEN HASKELL; MICAH HOPE; DANIEL KELLY; ALEXANDER LENTZ; BRANDON MCKELLEY; GERALD NEWBECK; DAVID O'KEEFFE; CHRISTOPHER RITTER, STEVEN UANG AND THOMAS WALSH,<br><br>Plaintiffs,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; GREG SUHR, INDIVIDUALLY; WILLIAM (BILL) SCOTT, INDIVIDUALLY, AND DOES 1-20,<br><br>Defendants. | Case No. 4:19-cv-03260-YGR<br><br>**DECLARATION OF JENNIFER LO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT/ SUMMARY ADJUDICATION**<br><br>Hearing Date:  July 26, 2022<br>Time:          2:00 p.m.<br>Place:         Courtroom 1, 4th Floor<br>Judge:         Hon. Yvonne Gonzalez Rogers<br><br>Date Action Filed:  June 11, 2019<br>Date FAC Filed:     June 26, 2019<br>Date TAC Filed      April 28, 2020<br>Trial Date:         None |

1.   I, Jennifer Lo, declare as follows:

1. I am the Public Safety Team Supervisor in the San Francisco Department of Human Resources. I have held this position since January 2022. Prior to my current position, I was a Senior Human Resource Analyst on the Public Safety Team from 2007 to 2019.

2. I have personal knowledge of the facts in this declaration and, if called upon to testify, could and would testify competently to the facts contained herein.

3. Attached as **Exhibit A** is a true and correct copy of a spreadsheet identifying the demographic data for the Q50 eligible candidates involved with the 2017-2019 SFPD promotion rounds. This spreadsheet was compiled by the Public Safety Team as a part of our team's regular practice, was created at or near the time the underlying eligible list was in effect or soon after it expired, is maintained in the Public Safety Team's records, and is relied upon in the normal course of business.

4. Attached as **Exhibit B** is a true and correct copy of a spreadsheet identifying the demographic data for the Q60 eligible candidates involved with the 2017-2019 SFPD promotion rounds. This spreadsheet was compiled by the Public Safety Team as a part of our team's regular practice, was created at or near the time the underlying eligible list was in effect or soon after it expired, is maintained in the Public Safety Team's records, and is relied upon in the normal course of business.

5. Attached as **Exhibit C** is a true and correct copy of a spreadsheet identifying the demographic data for the Q80 eligible candidates involved with the 2016-2019 SFPD promotion rounds. This spreadsheet was compiled by the Public Safety Team as a part of our team's regular practice, was created at or near the time the underlying eligible list was in effect or soon after it expired, is maintained in the Public Safety Team's records, and is relied upon in the normal course of business.

6. Attached as **Exhibit D** is a true and correct copy of the job announcement for Q50 Sergeant recruitment ##CBT-050-901237. This job announcement was kept as a part of our team's regular practice, was created at the time the announcement was made, is maintained in the Public Safety Team's records, and is relied upon in the normal course of business.

///

7. Attached as **Exhibit E** is a true and correct copy of the job announcement for Q60 Lieutenant, recruitment #CBT-Q060-901238. This job announcement was kept as a part of our team's regular practice, was created at the time the announcement was made, is maintained in the Public Safety Team's records, and is relied upon in the normal course of business.

8. Attached as **Exhibit F** is a true and correct copy of the job announcement for Q80 Captain, recruitment #CBT-Q080-900532. This job announcement was kept as a part of our team's regular practice, was created at the time the announcement was made, is maintained in the Public Safety Team's records, and is relied upon in the normal course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 26, 2022 in San Francisco, California.

_____
Jennifer Lo