# EXHIBIT B

## Q-60 Lieutenant: Eligible List Status (4/18/2019)

| LAST NAME | FIRST NAME | Disp | Score | Rank | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| JONES | NICOLE | NTH | 1000 | 1 | F | W |
| MCEACHERN | MICHAEL | NTH | 974 | 2 | M | W |
| HAMILTON | PETER | NTH | 955 | 3 | M | W |
| FROST | SEAN | NTH | 953 | 4 | M | W |
| ALTORFER | ERIC | NTH | 952 | 5 | M | W |
| FRAZER | LISA | NTH | 950 | 6 | F | W |
| PERDOMO | SEAN | NTH | 945 | 7 | M | H |
| BIGGS | SCOTT | NTH | 941 | 8 | M | W |
| WILLIAMS | YULANDA | NTH | 939 | 9 | F | B |
| RAVANO | ANTHONY | NTH | 938 | 10 | M | W |
| KOBOLD | ROBERT | NTH | 937 | 11 | M | W |
| KONIARIS | MICHAEL | NTH | 936 | 12 | M | W |
| HARVEY | THOMAS | NTH | 930 | 13 | M | W |
| FARMER | DOUGLAS | NTH | 929 | 14 | M | W |
| PASQUINZO | KEITH | NTH | 928 | 15 | M | W |
| KEEVE | DAMON | NTH | 926 | 16 | M | W |
| GREER | BRIAN | ER | 923 | 17 | M | W |
| LEW | DERRICK | NTH | 923 | 17 | M | A |
| DEL GANDIO | CHRISTOPHER | NTH | 922 | 18 | M | W |
| WALSH | THOMAS | ER | 922 | 18 | M | W |
| HARMSTON | CLAYTON | ER | 920 | 19 | M | W |
| LEE | KEVIN | ER | 918 | 20 | M | A |
| LONG | STEPHANIE | NTH | 918 | 20 | F | W |
| DICROCE | ALICE | ER | 916 | 21 | F | W |
| YAMAGUCHI | TADAO | NTH | 916 | 21 | M | A |
| CALLAWAY | ALAN | ER | 914 | 22 | M | W |
| MARON | DAVID | NTH | 914 | 22 | M | 1 |
| CANNING | CHRISTOPHER | NTH | 913 | 23 | M | W |
| STEGER | NATHANIEL | ER | 913 | 23 | M | W |
| MURPHY | RACHEL | NTH | 912 | 24 | F | H |
| HALL | HUGH | NTH | 911 | 25 | M | H |
| SARKISSIAN | HRATCH SONNY | NTH | 911 | 25 | M | W |
| TOOMER | DENNIS | NTH | 910 | 26 | M | B |
| HURWITZ | AMY | NTH | 908 | 27 | F | W |
| NEWBECK | GERALD | NTH | 908 | 27 | M | W |
| WILHELM | CHRISTOPHER | NTH | 908 | 27 | M | W |
| MCKEEVER | ROSHAWN | NTH | 905 | 28 | M | B |
| STANSBURY | BRIAN | ER | 905 | 28 | M | H |
| WILHELM | ANGELA | NTH | 905 | 28 | F | W |
| ANDERSON | MALCOLM | NTH | 904 | 29 | M | W |
| ARTIGA | NELSON | NTH | 904 | 29 | M | H |
| O'CONNOR | TIMOTHY | NTH | 904 | 29 | M | W |

## Q-60 Lieutenant: Eligible List Status (4/18/2019)

| LAST NAME | FIRST NAME | Disp | Score | Rank | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| TOOMEY | WILLIAM | ER | 903 | 30 | M | W |
| ROBINSON | BERNADETTE | NTH | 898 | 31 | F | B |
| JACKSON | DERRICK | NTH | 897 | 32 | M | B |
| SHIELDS | PETER | NTH | 896 | 33 | M | A |
| WALKER JR | ROBERT | ER | 893 | 34 | M | B |
| MITCHELL | PAGET | NTH | 892 | 35 | F | W |
| TIFFE | LIZA | NTH | 890 | 36 | F | H |
| JONAS | STEPHEN | NTH | 889 | 37 | M | W |
| MEEHAN | ANDREW | ER | 887 | 38 | M | W |
| CHACON | MARINA | NTH | 886 | 39 | F | H |
| TORRES | PILAR | NTH | 884 | 40 | M | H |
| HASKELL | STEVEN | ER | 882 | 41 | M | W |
| GASANYAN | FELIKS | NTH | 881 | 42 | M | W |
| IZAGUIRRE | ROMINA | NTH | 881 | 42 | F | H |
| MCCORMICK | PATRICK | ER | 880 | 43 | M | W |
| BEAUCHAMP | CHRISTOPHER | NTH | 879 | 44 | M | H |
| DO | DAVID | ER | 878 | 45 | M | A |
| HEALY | KEVIN | ER | 878 | 45 | M | W |
| KELLY | TREVOR | ER | 878 | 45 | M | W |
| SULLIVAN | MATT | ER | 878 | 45 | M | H |
| CAMPBELL | JAYME | ER | 877 | 46 | F | W |
| CRUZ | RAYMOND | ER | 877 | 46 | M | 1 |
| DEMPSKY | JULIUS | ER | 877 | 46 | M | W |
| LEONARD | MAUREEN | ER | 877 | 46 | F | W |
| PENGEL | MAURA | ER | 873 | 47 | F | W |
| DAMATO | ANTHONY | ER | 872 | 48 | M | W |
| MORENO | MARK | ER | 872 | 48 | M | W |
| COLE | DANIEL | ER | 871 | 49 | M | W |
| TAM | CONROY | ER | 871 | 49 | M | A |
| BUCKNER | GARY | ER | 870 | 50 | M | W |
| ESPINOZA | JOSHUA | ER | 870 | 50 | M | H |
| LEDERER | ERIC | ER | 870 | 50 | M | W |
| CHAN | LAWRENCE | ER | 869 | 51 | M | A |
| RISKIN | SETH | ER | 869 | 51 | M | W |
| LEE | MICHAEL | ER | 868 | 52 | M | A |
| PAI, JR. | JOHN | ER | 868 | 52 | M | A |
| BOES | TRACY | ER | 866 | 53 | M | W |
| IMBELLINO | ROBERT | ER | 864 | 54 | M | W |
| KEROW | CHAHMAL | ER | 861 | 55 | M | B |
| MCCRAY | TRACY | ER | 860 | 56 | F | B |
| OBOT | BASSEY | ER | 860 | 56 | M | B |
| BORGES | JOSEPHINE | ER | 858 | 57 | F | W |

## Q-60 Lieutenant: Eligible List Status (4/18/2019)

| LAST NAME | FIRST NAME | Disp | Score | Rank | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| HAGAN | FRANCIS | ER | 858 | 57 | M | W |
| PORTER | CHRISTOPHER | ER | 858 | 57 | M | W |
| MAGUIRE | THOMAS | ER | 857 | 58 | M | W |
| NEWMAN | DANIELLE | ER | 856 | 59 | F | H |
| O'LEARY | MATTHEW | ER | 854 | 60 | M | W |
| HOLDER | ANTHONY | ER | 853 | 61 | M | B |
| REILLY | LYNN | ER | 851 | 62 | F | W |
| BEAR | WENDY | ER | 849 | 63 | F | W |
| KWAN | ALEXANDER | ER | 849 | 63 | M | A |
| LEVY | ALAN | ER | 848 | 64 | M | W |
| SHEEHAN | JOHN | ER | 848 | 64 | M | W |
| SULLIVAN | VICTORIA | ER | 848 | 64 | F | W |
| WIBUNSIN | MICHAEL | ER | 845 | 65 | M | A |
| DAVIS | TIMOTHY | ER | 843 | 66 | M | W |
| POGGIO | LEONARD | ER | 841 | 67 | M | W |
| LEE | ALBERT | ER | 839 | 68 | M | A |
| DHARMANI | LAXMAN | ER | 838 | 69 | M | A |
| FERRAEZ | GEORGE | ER | 838 | 69 | M | H |
| GOLDSBOROUGH | MARIS | ER | 836 | 70 | M | W |
| MASON | MATT | ER | 836 | 70 | M | W |
| BONILLA | MANUEL | ER | 835 | 71 | M | H |
| PARRY | DAVID | ER | 835 | 71 | M | W |
| OLIVER | BRIAN | ER | 834 | 72 | M | B |
| HAGAN | EDDIE | ER | 831 | 73 | M | W |
| CONWAY | JOHN | ER | 830 | 74 | M | W |
| LEE | KIN | ER | 829 | 75 | M | A |
| STANCOMBE | KEVIN | ER | 828 | 76 | M | W |
| MARTIN | LLOYD | ER | 825 | 77 | M | B |
| CHAN | MARC | ER | 824 | 78 | M | A |
| TAKAOKA | ALEX | ER | 823 | 79 | M | A |
| HA | DIEN | ER | 821 | 80 | M | A |
| KAVANAGH | JOSEPH | ER | 820 | 81 | M | W |
| HOM | SCOTT | ER | 817 | 82 | M | A |
| FLORES | ANTONIO | ER | 815 | 83 | M | H |
| PADRONES | ROBERT | ER | 814 | 84 | M | 1 |
| BROWN | PATRICIA | ER | 811 | 85 | F | B |
| TACK | JOHN | ER | 808 | 86 | M | 1 |
| KIM | SIMON | ER | 805 | 87 | M | A |
| MANFREDA | ANTHONY | ER | 804 | 88 | M | W |
| MARINO | JENNIFER | ER | 802 | 89 | F | W |
| EZIRIM | RACHEL | ER | 801 | 90 | F | B |
| JUE | RICHARD | ER | 800 | 91 | M | A |

## Q-60 Lieutenant: Eligible List Status (4/18/2019)

| LAST NAME | FIRST NAME | Disp | Score | Rank | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| MANNIX | KEVIN | ER | 799 | 92 | M | W |
| MULLIN | THEODORE | ER | 797 | 93 | M | W |
| DORANTES | DAVID | ER | 796 | 94 | M | H |
| CIRIACO | MARIA HERMINA | ER | 785 | 95 | F | 1 |
| ELSETH | MATTHEW | ER | 785 | 95 | M | W |
| MOODY | MICHAEL | ER | 780 | 96 | M | B |
| MURPHY JR. | MICHAEL | ER | 780 | 96 | M | W |
| LEE | JIMMY | ER | 775 | 97 | M | A |
| WONG | KEVIN | ER | 770 | 98 | M | A |
| SMITH | ROSEMARIE | ER | 768 | 99 | F | W |
| BALMY | ERIC | ER | 764 | 100 | M | W |
| MACMAHON | THOMAS | ER | 761 | 101 | M | W |
| WONG | FITZGERALD | ER | 761 | 101 | M | A |
| WILSON | JAMES | ER | 758 | 102 | M | W |
| DALTON | TIMOTHY | ER | 745 | 103 | M | W |
| RODATOS | ALEX | ER | 744 | 104 | M | W |
| RYAN | SHAUGHN | ER | 744 | 104 | M | W |
| SMALLEY | STEPHEN | ER | 735 | 105 | M | W |
| BUELOW DONOVAN IV | TIMOTHY | ER | 724 | 106 | M | W |
| YESITIS | MARK | ER | 716 | 107 | M | W |
| MCCONICO | DORIAN | ER | 700 | 108 | F | B |