# EXHIBIT C

EXHIBIT C

## Q-80 Captain: Eligible List Status (4/18/2019)

| LAST NAME | FIRST NAME | Disp | Score | Rank | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| JAIMERENA | JOHN | NTH | 1000 | 1 | M | H |
| GRIFFIN | WILLIAM | NTH | 974 | 2 | M | B |
| BAILEY | UNA | NTH | 956 | 3 | F | W |
| MAR | GREGORY | NTH | 956 | 3 | M | A |
| WALSH | PETER | NTH | 953 | 4 | M | W |
| RAINSFORD | NICHOLAS | NTH | 950 | 5 | M | W |
| YEP | PAUL | NTH | 949 | 6 | M | A |
| HART | JOHN | NTH | 946 | 7 | M | W |
| FONG | DARYL | NTH | 942 | 8 | M | A |
| ENGLER | JOSEPH | NTH | 939 | 9 | M | W |
| STRUCKMAN | RICHARD | NTH | 930 | 10 | M | W |
| YICK | ROBERT | NTH | 920 | 11 | M | A |
| FABBRI | CARL | NTH | 919 | 12 | M | W |
| FORD | STEVEN | NTH | 919 | 12 | M | B |
| SCHIFF | FREDERICK | ER | 919 | 12 | M | W |
| YIN | DOMINIC | NTH | 914 | 13 | M | A |
| DANGERFIELD | TROY | NTH | 913 | 14 | M | B |
| PAGANO | RENEE | NTH | 900 | 15 | F | W |
| COTA | MARK | NTH | 898 | 16 | M | H |
| OBRIEN | ALEXA | NTH | 898 | 16 | F | W |
| MANNINA | STEVEN | ER | 889 | 17 | M | W |
| YEE | HENRY | ER | 885 | 18 | M | A |
| JEAN | MICHELLE | NTH | 884 | 19 | F | W |
| MOORE | MILANDA | NTH | 880 | 20 | F | B |
| CHAPLIN | TONEY | NTH | 864 | 21 | M | B |
| DANIELS | JUAN | ER | 863 | 22 | M | B |
| CALTAGIRONE | GAETANO | NTH | 860 | 23 | M | W |
| WOON | CHRISTOPHER | ER | 854 | 24 | M | A |
| GREENWOOD | JOHN | ER | 852 | 25 | M | W |
| MATTHEWS | VALERIE | HR | 852 | 25 | F | B |
| AHERNE | JAMES | ER | 846 | 26 | M | W |
| JOHNSON | CORNELIUS | ER | 834 | 27 | M | B |
| DUDOROFF | MICHAEL | ER | 825 | 28 | M | W |
| SANTOS, JR | EDWARD | ER | 824 | 29 | M | H |
| KNIGHT | LAURA | NTH | 817 | 30 | F | W |
| DEL CARLO | EDWARD | NTH | 814 | 31 | M | W |
| OSSIO | PABLO | ER | 809 | 32 | M | H |
| DEELY | MICHAEL | ER | 791 | 33 | M | W |
| HILL | JULIAN | ER | 788 | 34 | M | B |
| YEE | ALVIN | ER | 785 | 35 | M | A |
| CHIN | SERGIO | NTH | 773 | 36 | M | A |
| WEARING | TRENIA | ER | 757 | 37 | F | B |
| CATURAY | RANDY | ER | 700 | 38 | M | 1 |