# EXHIBIT D

EXHIBIT D

SFGOV | Residents | Business | Government | Visitors | OnlineServices    Help

Powered by JobAps

## *Sergeant, (Police Department)*

### Recruitment #CBT-Q050-901237

| | |
|---|---|
| **Department** | Public Safety |
| **Analyst** | Erin Zadlo |
| **Date Opened** | 10/14/2016 8:00:00 AM |
| **Filing Deadline** | 10/27/2016 4:00:00 PM |
| **Job Type** | CBT Discrete |

### INTRODUCTION

Under direction, as a sworn member of the San Francisco Police Department, the Q-50 Sergeant's duties may include but are not limited to: supervises field incidents, crime scenes or special events; monitors, directs, evaluates, coaches and trains subordinate personnel; reviews documents and prepares routine paperwork; interacts with SFPD members, other city departments and law enforcement agencies; performs routine law enforcement and operations duties; conducts surveillance and search operations; obtains and serves arrest and search warrants; collects, processes and secures physical evidence; interacts with victims, witnesses, and suspects during investigations; conducts follow-up investigation, case management, and prosecution.

### MINIMUM QUALIFICATIONS

1. Sworn members of the San Francisco Police Department who have completed probation as a Q-2 Police Officer and possess a minimum of two years of experience with the SFPD at the rank of Q-2 Police Officer or higher as of October 27, 2016. Length of service is calculated from completion of probation

 AND

2. Possession of a POST Intermediate Certificate (or more advanced POST certificate) issued by California Department of Justice, Commission of Peace Officer Standards and Training; and

The requirements for a P.O.S.T. Intermediate Certificate (as specified in SFPD Department Bulletin #16-008) are:

1. Baccalaureate degree, plus two years law enforcement or;
2. Associate degree, plus four years law enforcement or;
3. 45 college units, plus four years law enforcement and 45 training points or;
4. 30 college units, plus six years law enforcement and 30 training points or;
5. 15 college units, plus eight years law enforcement and 15 training points

AND

3. Possession of a valid Class C California Driver license.

Applicants must meet minimum qualifications (1) and (3) above by October 27, 2016 to be considered a "qualified candidate". Evidence of possession of the POST Intermediate Certificate must be submitted no later than 4:00 p.m. on December 31, 2016 to dhr-publicsafety@sfgov.org. Candidates who have taken the written portion of the exam but do not provide a certificate by December 31, 2016 will not be able to continue in the selection process.

### SELECTION PLAN

#### *HOW TO APPLY*

Applications for this recruitment will be accepted through an online process from 8:00 AM, October 14, 2016 through 4:00 PM, October 27, 2016.

Visit www.jobaps.com/sf to register an account (if you have not already done so) and begin the

application process.

- Select the "Police Sergeant" job announcement
- Select "Apply" and read and acknowledge the information
- Select either "I am a New User" if you have not previously registered, or "I have Registered Previously"
- Follow instructions on the screen

If you previously registered and have a JobAps account with the City and County of San Francisco, but do not remember your UserID and/or password please email dhr-publicsafety@sfgov.org for your login information.

For applicants who do not have internet access, computers are available for the public (from 8:00 a.m. to 5:00 p.m. Monday through Friday) to file online applications in the lobby of the Dept. of Human Resources at 1 South Van Ness Avenue, 4th Floor, San Francisco. However, because the DHR offices close at 5:00 PM, it is recommended that you arrive by at least 4:30 PM to allow time to complete the application.

Applicants who file for this announcement will later be contacted by email. Therefore, it is their responsibility to ensure that their registered email address is accurate and kept up-to-date. Also, applicants must ensure that email from CCSF is not blocked on their computer by a spam filter. To prevent blocking, applicants should set up their email to accept CCSF mail from @sfgov.org.

In the experience section of the application, you need to include only your experience as a Q-2 Police Officer in the San Francisco Police Department.

Applicants will receive a confirmation email that their online application has been received in response to every announcement to which they apply. Applicants should retain this confirmation email for their records. Failure to receive this email means that the online application was not submitted or received.

***SELECTION PROCEDURES***

The selection process will consist of components such as the following: job knowledge test, role-play exercise, and/or tactical exercise. A pass point will be established after administration of the job knowledge test, and only candidates scoring at or above that minimum passing score will be invited to participate in subsequent components of the examination. Final scores will be based on a composite of the scores from the role-play and the tactical exercise. The written test component is tentatively scheduled to be administered on December 7, 2016. The role-play and tactical exercises are tentatively scheduled to be administered in February 2017. Qualified applicants will be notified of the exact date, time, and location for the examination components.

**Q-50 Sergeant Examination Preparation Guides** A description of the examination process will be included in Preparation Guides. Preparation Guides will also list the job-related duty areas and the knowledge, skills, and abilities to be evaluated in each test component. Preparation Guides for each component will be made available approximately 30 days prior to the administration of the component. Qualified applicants will be notified via email when Preparation Guides become available.

**Certification Rule**: The certification rule for the eligible list resulting from this test will be Rule of Ten (10) Scores.

**Eligible List**: The duration of the eligible list produced from this examination will be thirty-six months and may be extended up to twelve months upon approval of the Human Resources Director.

***NOTES***

1. All examination procedures are subject to the Civil Service Commission Rules, Volume II, Uniformed Ranks of the San Francisco Police Department available at http://www.sfgov3.org/index.aspx?page=300 and the policies and procedures of the Department of Human Resources.

2. Applicants must be guided solely by the provisions of this announcement, including requirements, time periods and other particulars, except when superseded by federal, state or local laws, rules or regulations. Clerical errors may be corrected by posting the correction on the

Case 4:19-cv-03260-YGR   Document 83-4   Filed 05/27/22   Page 4 of 5

Department of Human Resources website at www.jobaps.com/sf. The terms of this examination announcement may be appealed under Civil Service Rule 211.6, provided that such appeal is submitted in writing in the Department of Human Resources, 1 S Van Ness Avenue, 4th Floor, San Francisco, CA 94103-5413 by close of business on the 5th business day following the issuance date of this examination announcement. Go to http://sfgov.org/civilservice/ for more information on applicable appeal rights and submission requirements under the Civil Service Rules; and for Civil Service Rules, policies and procedures on announcements, applications and examinations.

3.  The City and County of San Francisco reserves the right to revise the examination plan if necessary.

4.  When making appointments, the Appointing Officer will consider the following secondary criteria: assignments, training, education, community involvement, special qualifications, commendations/ awards, bilingual certification, and discipline history.

5.  An applicant/eligible that changes his or her contact information (email, name, mailing address, phone, etc.) after having filed an application must promptly go to CCSF's employment website: www.jobaps.com/sf. Click on the "Update My Contact Info" button. Log in to your JobAps account by entering both UserID and password. Enter your new address/contact information. Click on the "Update Contact Information" button again. Failure to maintain current contact information my result in loss of eligibility.

 6.  Qualified candidates with disabilities who require a reasonable accommodation for this examination process must contact Erin Zadlo by phone at (415) 551-8947, email (Erin.Zadlo@sfgov.org), or if hearing impaired (415) 557-4810 (TDD) as soon as possible, but no later than November 4, 2016.

7.  Requests for an alternate test date may be considered in limited circumstances and must be submitted in writing to Erin.Zadlo@sfgov.org within five (5) calendar days of the announcement.

8.  Important Employment Information for the City and County of San Francisco can be obtained at http://www.sfdhr.org/index.aspx?page=20 or at 1 South Van Ness Avenue, 4th Floor.

9.  Applicants are advised to keep copies of all items submitted to the Department of Human Resources Public Safety Team.

Micki Callahan, Director of Human Resources
Announcement No: CBT-Q050-901237
Issued: October 14, 2016
Public Safety Team, Erin Zadlo, 415.551.8947
PROMOTIVE

 CONVICTION HISTORY

As part of the selection process an image of your fingerprints will be captured and sent to the California Department of Justice (DOJ) and the Federal Bureau of Investigation (FBI). The resulting report of your conviction history (if any) will be used to determine whether the nature of your conviction (or arrest, in limited circumstances) history will disqualify you as a candidate based on the specific requirements of the position to which you are applying. If selected for fingerprinting, the hiring department will contact you to schedule an appointment.

Candidates applying for positions with the Unified School District and the Community College District may be disqualified from consideration should their conviction history not meet the standards established under the California Education Code.

Candidates applying for positions with the Recreation and Park Department may be disqualified from consideration should their conviction history not meet the standards established under California Public Resources Code 5164.

 BENEFITS

Case 4:19-cv-03260-YGR   Document 83-4   Filed 05/27/22   Page 5 of 5

All employees hired on or after January 10, 2009 will be required (pursuant to San Francisco Charter Section A8.432) to contribute 2% of pre-tax compensation to fund retiree healthcare. In addition, most employees are required to make a member contribution towards retirement, ranging from 7.5%-13.25% of compensation. For more information on these provisions, please contact the personnel office of the hiring agency.

For more information about benefits, please click here.

low us on: f 𝕏 in

Accessibility          Policies

City and County of San Francisco ©2000-2013