# EXHIBIT E

EXHIBIT E

# Q060 Lieutenant, (Police Department)

## Recruitment #CBT-Q060-901238

| | |
|---|---|
| **Department** | Public Safety |
| **Analyst** | Jennifer Lo |
| **Date Opened** | 9/2/2016 8:00:00 AM |
| **Filing Deadline** | 9/30/2016 4:00:00 PM |
| **Salary** | |
| **Job Type** | CBT Discrete |

Go Back Click HERE to view benefits

## INTRODUCTION

AMENDED

Final filing date extended to Friday, September 30, 2016 at 4:00 PM

A Q-60 Lieutenant is a mid-level manager in the San Francisco Police Department and may be assigned to the Chief of Staff, Professional Standards and Principled Policing, Operations, Administration, Special Operations, and Airport Bureaus. In general, a Lieutenant's duties may include, but are not limited to: direct and coordinate field operations, incidents and events; manage, administer and document station activities; conduct, coordinate and document administrative investigations; train and evaluate personnel; analyze and formulate operational plans and priorities; interact with internal and external individuals, organizations and departments; and manage, coordinate, and evaluate investigative operations. Lieutenants routinely perform other law enforcement activities.

## MINIMUM QUALIFICATIONS

1. Sworn members of the San Francisco Police Department who have completed probation as a Sergeant and two (2) years of experience with the SFPD at the rank of Q-50 Sergeant as of September 16, 2016. Length of service is calculated from completion of probation.

 **AND**

 2. Possession of a POST Supervisory Certificate issued by California Department of Justice, Commission of Peace Officer Standards and Training; and

The requirements for a POST Supervisory Certificate (as specified in SFPD Department Bulletin #16-008) are:

1.  Possess or be eligible to possess an intermediate certificate and
2.  60 college units, plus two years in a supervisory position and
3.  Completion of Supervisory Course

**AND**

3.  Possession of a valid Class C California Driver License.

Applicants must meet minimum qualifications (1) and (3) above by September 30, 2016 to be considered a "qualified candidate". Evidence of possession of the POST Supervisory Certificate must be submitted no later than 4:00 p.m. on December 31, 2016 to dhr-publicsafety@sfgov.org.  Candidates who have not provided a certificate as of list posting will be placed under waiver until such time as they provide a certificate. Candidates who do not provide a certificate by December 31, 2016 will be disqualified from the selection process.

## SELECTION PLAN

*HOW TO APPLY*

Applications for City and County of San Francisco jobs are being accepted through an online process from 8:00 AM, September 2 through 4:00 PM, September 30, 2016.

Visit www.jobaps.com/sf to register an account (if you have not already done so) and begin the application process.

- Select the "Police Lieutenant" job announcement
- Select "Apply" and read and acknowledge the information
- Select either "I am a New User" if you have not previously registered, or "I have Registered Previously"
- Follow instructions on the screen

If you previously registered and have a JobAps account with the City and County of San Francisco, but do not remember your UserID and/or password please email dhr-publicsafety@sfgov.org for your login information.

For applicants who do not have internet access, computers are available for the public (from 8:00 a.m. to 5:00 p.m. Monday through Friday) to file online applications in the lobby of the Dept. of Human Resources at 1

South Van Ness Avenue, 4th Floor, San Francisco. However, because the DHR offices close at 5:00 PM, it is recommended that you arrive by at least 4:30 PM to allow time to complete the application.

Applicants who file for this announcement will later be contacted by email. Therefore, it is their responsibility to ensure that their registered email address is accurate and kept up-to-date. Also, applicants must ensure that email from CCSF is not blocked on their computer by a spam filter. To prevent blocking, applicants should set up their email to accept CCSF mail from @sfgov.org.

In the experience section of the application, you need to include only your experience as a Sergeant in the San Francisco Police Department.

Applicants will receive a confirmation email that their online application has been received in response to every announcement to which they apply.  Applicants should retain this confirmation email for their records.  Failure to receive this email means that the online application was not submitted or received.

*SELECTION PROCEDURES*

The test will consist of an Oral In-Basket Exercise, Highly Structured Subordinate Meeting Role-Play Exercise, Hot Call Tactical Exercise, Field Operations Exercise, Staff Meeting Role-Play Exercise and a Community Meeting Role-Play Exercise. At this time, all components are planned for administration in October 2016. Qualified applicants will be notified by email of the exact date, time and location of the test components at least 10 days in advance of the test. A final passing score will be established. Only those who attain a final score above the pass point will be listed on the eligible list.

**Q-60 Lieutenant Examination Preparation Guide**: A description of the examination process will be included in Preparation Guides. Preparation Guides will also list the job-related duty areas and the knowledge, skills, and abilities to be evaluated in each test component. Preparation Guides for each component will be made available approximately 30 days prior to the administration of the component. Qualified applicants will be notified via email when Preparation Guides become available.

**Certification Rule**:  The certification rule for the eligible list resulting from this test will be Rule of Ten (10) Scores.

**Eligible List**: The duration of the eligible list produced from this examination will be thirty-six months and may be extended up to twelve months upon approval of the Human Resources Director.

*NOTES*

1.  All examination procedures are subject to the Civil Service Commission Rules, Volume II, Uniformed Ranks of the San Francisco Police Department available at http://www.sfgov3.org/index.aspx?page=300 and the policies and procedures of the Department of Human Resources.

2.  Applicants must be guided solely by the provisions of this announcement, including requirements, time periods and other particulars, except when superseded by federal, state or local laws, rules or regulations. Clerical errors may be corrected by posting the correction on the Department of Human Resources website at www.jobaps.com/sf. The terms of this examination announcement may be appealed under Civil Service Rule 211.6, provided that such appeal is submitted in writing in the Department of Human Resources, 1 S Van Ness Avenue, 4th Floor, San Francisco, CA 94103-5413 by close of business on the 5th business day following the issuance date of this examination announcement. Go to http://sfgov.org/civilservice/ for more information on applicable appeal rights and submission requirements under the Civil Service Rules; and for Civil Service Rules, policies and procedures on announcements, applications and examinations.

3.  The City and County of San Francisco reserves the right to revise the examination plan if necessary.

4.  When making appointments, the Appointing Officer will consider the following secondary criteria: assignments, training, education, community involvement, special qualifications, commendations/ awards, bilingual certification, and discipline history.

5.  An applicant/eligible that changes his or her contact information (email, name, mailing address, phone, etc.) after having filed an application must promptly go to CCSF's employment website: www.jobaps.com/sf. Click on "Update My Contact Info" button. Log in to your JobAps account by entering both UserID and password. Enter your new address/contact information. Click on the "Update Contact Information" button again. Failure to maintain current contact information my result in loss of eligibility.

6.  Qualified candidates with disabilities who require a reasonable accommodation for this examination process must contact Jen Lo by phone at (415) 551-8946, email (Jen.Lo@sfgov.org), or if hearing impaired (415) 557-4810 (TDD) as soon as possible, but no later than October 4, 2016.

7.  Requests for an alternate test date may be considered in limited circumstances and must be submitted in writing to Jen.Lo@sfgov.org within five (5) calendar days of the announcement.

8.  Important Employment Information for the City and County of San Francisco can be obtained at http://www.sfdhr.org/index.aspx?page=20 or at 1 South Van Ness Avenue, 4th Floor.

9.  Applicants are advised to keep copies of all items submitted to the Department of Human Resources Public Safety Team.

Micki Callahan, Director of Human Resources
Announcement No:  CBT-Q060-901238
Issued: September 2, 2016
Public Safety Team, JLo 415-551-8946

PROMOTIVE

## CONVICTION HISTORY

As a *finalist* for a job, you will be fingerprinted, and your fingerprints will be sent to the California Department of Justice (DOJ) and the Federal Bureau of Investigation (FBI). The resulting report of your conviction history (if any) will be used to determine whether the nature of your conviction (or arrest, in limited circumstances) conflicts with the specific duties and responsibilities of the job for which you are a *finalist*. If a conflict exists, you will be asked to present any evidence of rehabilitation that may mitigate the conflict, except when federal or state regulations bar employment in specific circumstances, such as:

- Candidates applying for positions with the Unified School District and the Community College District may be disqualified from consideration should their conviction history not meet the standards established under the California Education Code.
- Candidates applying for positions with the Recreation and Park Department may be disqualified from consideration should their conviction history not meet the standards established under California Public Resources Code 5164.

*Having a conviction history does not automatically preclude you from a job with the City.*

If you are selected as a finalist, the hiring department will contact you to schedule a fingerprinting appointment.

<div style="background-color:#29ABE2; text-align:center; color:white; font-weight:bold;">BENEFITS</div>

All employees hired on or after January 10, 2009 will be required (pursuant to San Francisco Charter Section A8.432) to contribute <u>2% of pre-tax compensation to fund</u> retiree healthcare. In addition, most employees <u>are</u> required to make a member contribution towards retirement, <u>ranging from 7.5%-13.25%</u> of compensation. For more information on these provisions, please contact the personnel office of the hiring agency.

For more information about benefits, please click here.