# EXHIBIT F

EXHIBIT F

Powered by JobAps

# Q080 Captain, (Police Department)

Recruitment #CBT-Q080-900532

| | |
|---|---|
| **Department** | Public Safety |
| **Analyst** | Richard Marshall |
| **Date Opened** | 7/31/2015 8:00:00 AM |
| **Filing Deadline** | 8/14/2015 5:00:00 PM |
| **Salary** | $189,826.00 - $189,826.00/year |
| **Job Type** | CBT Discrete |

**Go BackClick HERE to view benefits**

## INTRODUCTION

The Captain in the San Francisco Police Department (SFPD) is a management level position that may be assigned to the Operations, Administration, Special Operations, Airport or Chief of Staff Bureaus. Captains report directly to a Commander or Deputy Chief.

Essential functions of the position include: directing, supervising and monitoring personnel; training, developing and evaluating unit personnel; reviewing and processing documents/communications; analyzing procedures/information and developing plans; interacting with individuals other than unit personnel; and community policing. Captains routinely perform other law enforcement duties.

## MINIMUM QUALIFICATIONS

1. Sworn members of the SFPD who have completed probation and two (2) years of experience with the SFPD at the rank of Q-60 Lieutenant. (Length of service is calculated from completion of probation.) AND

2. Possession of a POST Management Certificate issued by California Department of Justice, Commission of Peace Officer Standards and Training; AND

3. Possession of a valid Class C California Driver License.

Applicants must meet minimum qualifications (1) and (2) above by December 31, 2015 to be considered a "qualified candidate."

Evidence of possession of the POST Management Certificate must be submitted no later than 5:00 p.m. on December 31, 2015 to dhr-publicsafety@sfgov.org. Failure to submit the POST Management Certification as specified above is cause for disqualification. Test scores will be released only to qualified candidates.

## HOW TO APPLY

Applications for City and County of San Francisco jobs are being accepted through an online process. Visit www.jobaps.com/sf to register an account (if you have not already done so) and begin the application process. Select the "Police Captain" job announcement
- Select "Apply" and read and acknowledge the information
- Select either "I am a New User" if you have not previously registered, or "I have Registered Previously"
- Follow instructions on the screen

If you previously registered and have a JobAps account with the City and County of San Francisco, but do not remember your UserID and/or password please email dhr-publicsafety@sfgov.org for your login information.

For applicants who do not have internet access, computers are available for the public (from 8:00 a.m. to 5:00 p.m. Monday through Friday) to file online applications in the lobby of the Dept. of Human Resources at 1 South Van Ness Avenue, 4th Floor, San Francisco. However, because the DHR offices close at 5:00 PM, it is recommended that you arrive by at least 4:30 PM to allow time to complete the application.

Applicants who file for this announcement will later be contacted by email. Therefore, it is their responsibility to ensure that their registered email address is accurate and kept up-to-date. Also, applicants must ensure that email from CCSF is not blocked on their computer by a spam filter. To prevent blocking, applicants should set up their email to accept CCSF mail from @sfgov.org. In the experience section of the application, you need to include only your experience as a Lieutenant in the San Francisco Police Department.

Applicants will receive a confirmation email that their online application has been received in response to every announcement to which they apply. Applicants should retain this confirmation email for their records. Failure to receive this email means that the online application was not submitted or received.

## SELECTION PROCEDURES

The test will consist of written and oral components. At this time, all components are planned for administration between September 9 and October 31. Qualified applicants will be notified by email of the exact date, time and location of the test components at least 10 days in advance of the test. A final passing score will be established. Only those who attain a final score above the pass point will be listed on the eligible list.

Q-80 Captain Examination Preparation Guide: A description of the test components, including component weights, will be included in the Preparation Guide. The Preparation Guide will also list knowledge and abilities that may be evaluated by each test component. The Preparation Guide is scheduled to be released approximately one month prior to the administration of the first component. Qualified applicants will be notified via email when the Preparation Guide becomes available.

Certification Rule: The certification rule for the eligible list resulting from this test will be Rule of Ten (10) Scores. When making appointments, the Appointing Officer will consider the following secondary criteria: assignments, training, education, community involvement/volunteer work, special qualifications, commendations/awards, bilingual certification and disciplinary history.

Eligible List: The duration of the eligible list produced from this examination will be thirty-six months and may be extended up to twelve months upon approval of the Human Resources Director.

## CONCLUSION

1. All examination procedures are subject to the Civil Service Commission Rules, Volume II, Uniformed Ranks of the San Francisco Police Department available at http://www.sfgov3.org/index.aspx?page=300 and the policies and procedures of the Department of Human Resources. Copies of this information can also be obtained at 1 South Van Ness, 4th Floor, San Francisco, CA 94103.

2. The terms of this examination announcement may be appealed under Civil Service Rule 211.6.1, provided that such appeal is submitted in writing in the Department of Human Resources, 1 S Van Ness Avenue, 4th Floor, San Francisco, CA 94103-5413 by close of business on the 5th business day following the issuance date of this examination announcement. Go to www.sfgov.org/Civil_Service for more information on applicable appeal rights and submission requirements under the Civil Service Rules; and for Civil Service Rules, policies and procedures on announcements, applications and examinations.

3. Qualified candidates with disabilities who require a reasonable accommodation for this examination process must contact the Public Safety Team by phone at (415) 551-8943 or, if hearing impaired (415) 557-4810 (TDD), or in writing to the address listed in the note above (specify Class Q-80) or e-mail to dhr-publicsafety@sfgov.org as soon as possible, but no later than September 4, 2015.

4. An applicant/eligible that changes his or her contact information (email, name, mailing address, phone, etc.) after having filed an application must promptly go to CCSF's employment website: www.jobaps.com/sf . Click on "Update My Contact Info" button. Log in to your JobAps account by entering both UserID and password. Enter your new address/contact information. Click on the "Update Contact Information" button again. Failure to maintain current contact information my result in loss of eligibility.

5. The City and County of San Francisco reserves the right to revise the examination plan if necessary.

6. Applicants must be guided solely by the provisions of this announcement, including requirements, time periods and other particulars, except when superseded by federal, state or local laws, rules or regulations. Clerical errors may be corrected by posting the correction on the Department of Human Resources website at www.jobaps.com/sf.

7. Important Employment Information for the City and County of San Francisco can be obtained at http://www.sfdhr.org/index.aspx?page=20 or at 1 South Van Ness Avenue, 4th Floor.

8. Applicants are advised to keep copies of all items submitted to the Department of Human Resources Public Safety Examination Team.

Micki Callahan, Director of Human Resources
Announcement No: CBT-Q080-900532
Issued: July 31, 2015
Public Safety Team, 415.551.8943
PROMOTIVE

**BENEFITS**

All employees hired on or after January 10, 2009 will be required (pursuant to San Francisco Charter Section A8.432) to contribute 2% of pre-tax compensation to fund retiree healthcare. In addition, most employees are required to make a member contribution towards retirement, ranging from 7.5%-13.25% of compensation. For more information on these provisions, please contact the personnel office of the hiring agency.

For more information about benefits, please click here.