M. Greg Mullanax, SBN 155138
greg@lawmgm.com
Law Office of M. Greg Mullanax
2140 N. Winery Avenue, Suite 101
Fresno, CA 93703
(559) 420-1222
(559) 354-0997 fax

Attorney for Plaintiffs,
Ric Schiff, *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| Frederick (Ric) Schiff; Glenn Brakel; Alice Dicroce; Joseph Emanuel; Brian Greer; Clayton Harmston; Steven Haskell; Micah Hope; Daniel Kelly; Alexander Lentz; Brandon McKelley; Gerald Newbeck; David O'Keeffe; Christopher Ritter; Steven Uang and Thomas Walsh,<br><br>Plaintiff,<br><br>v.<br><br>City and County of San Francisco; Greg Suhr, individually; William (Bill) Scott, individually; and DOES 1-20,<br><br>Defendants. | Case No. 4:19-cv-03260-YGR<br><br>**Declaration of M. Greg Mullanax in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment**<br><br>Hearing Date:  July 26, 2022<br>Time:          2:00 p.m.<br>Place:         Courtroom 1, 4th Floor<br>Judge:         Hon. Yvonne Gonzalez Rogers<br><br>Date Action Filed: June 11, 2019<br>Date FAC Filed:    June 26, 2019<br>Date TAC Filed:    April 28, 2020<br>Trial Date:        TBD |

I, M. Greg Mullanax, do hereby declare and state:

1. "My name is M. Greg Mullanax. I am an attorney licensed to practice law in the State of California and am admitted to practice in the United States District Court, Northern District of California.

2. I represent plaintiffs in this lawsuit.

3. Attached as **Plaintiff Exhibit A** is a modified copy of defendants' Exhibit A to Jennifer Lo's Declaration, (ECF No. 83, ECF No. 83-1: Q-50 Sergeant List). I personally took Lo's exhibit and color-coded it by promotional round for demonstrative purposes. I did not change any of the underlying data on ECF No. 83-1. I added "PL" next to the names of the plaintiffs on the list. I also added a strike-

1  through on the ECF heading on the top of the document to make it easier to distinguish the ECF heading
2  that will added when filed.
3      4.   Attached as **Plaintiff Exhibit B** is a modified copy of defendants' Exhibit B to Jennifer
4  Lo's Declaration, (ECF No. 83, ECF No. 83-2: Q-60 Lieutenant List). I personally took Lo's exhibit and
5  color-coded it by promotional round for demonstrative purposes. I did not change any of the underlying
6  data on ECF No. 83-2. I added "PL" next to the names of the plaintiffs on the list. I also added a strike-
7  through on the ECF heading on the top of the document to make it easier to distinguish the ECF heading
8  that will added when filed.
9      5.   Attached as **Plaintiff Exhibit C** is a modified copy of defendants' Exhibit C to Jennifer
10 Lo's Declaration, (ECF No. 83, ECF No. 83-3; Q-80 Captain List). I personally took Lo's exhibit and
11 color-coded it by promotional round for demonstrative purposes. I did not change any of the underlying
12 data on ECF No. 83-3. I added "PL" next to the name of the plaintiff on the list. I also added a strike-
13 through on the ECF heading on the top of the document to make it easier to distinguish the ECF heading
14 that will added when filed.
15     6.   Attached as **Plaintiff Exhibit D** is a true and correct copy of excerpts from Mikail Ali's
16 deposition transcript, dated September 28, 2021. I personally took the deposition and the deposition
17 transcript excerpts in Exhibit D are accurate.
18     7.   Attached as **Plaintiff Exhibit E** is a true and correct copy of excerpts from Rick
19 Andreotti's deposition transcript, dated January 7, 2022. I personally took the deposition and the
20 deposition transcript excerpts in Exhibit E are accurate.
21     8.   Attached as **Plaintiff Exhibit E-1** is a true and correct copy of Exhibit A (excerpts from
22 SFPOA Journal December 2017) from Rick Andreotti's deposition on January 7, 2022.
23     9.   Attached as **Plaintiff Exhibit F** is a true and correct copy of excerpts from Toney
24 Chaplin's deposition transcript, dated November 29, 2021. I personally took the deposition and the
25 deposition transcript excerpts in Exhibit F are accurate.
26     10.  Attached as **Plaintiff Exhibit G** is a true and correct copy of excerpts from Clayton
27 Harmston's deposition transcript, dated December 29, 2021. I personally attended the deposition
28 remotely via ZOOM and witnessed the complete deposition. The deposition transcript excerpts in Exhibit

G are accurate. I did redact some of the testimony on page 6 of Exhibit G.

11. Attached as **Plaintiff Exhibit H** is a true and correct copy of excerpts from David Lazar's deposition transcript, dated November 12, 2021. I personally took the deposition and the deposition transcript excerpts in Exhibit H are accurate.

12. Attached as **Plaintiff Exhibit I** is a true and correct copy of excerpts from Ann Mannix's deposition transcript, dated September 28, 2021. I personally took the deposition and the deposition transcript excerpts in Exhibit I are accurate.

13. Attached as **Plaintiff Exhibit J** is a true and correct copy of excerpts from Anthony Montoya's deposition transcript, dated January 7, 2022. I personally took the deposition and the deposition transcript excerpts in Exhibit J are accurate.

14. Attached as **Plaintiff Exhibit K** is a true and correct copy of excerpts from Robert Moser's deposition transcript, dated October 21, 2021. I personally took the deposition and the deposition transcript excerpts in Exhibit K are accurate.

15. Attached as **Plaintiff Exhibit L** is a true and correct copy of excerpts from Michael Redmond's deposition transcript, dated September 27, 2021. I personally took the deposition and the deposition transcript excerpts in Exhibit L are accurate. I did redact some of the testimony on pages 11 and 12 of Exhibit L.

16. Attached as **Plaintiff Exhibit M** is a true and correct copy of excerpts from Hector Sainez' deposition transcript, dated April 5, 2021. I personally took the deposition and the deposition transcript excerpts in Exhibit M are accurate.

17. Attached as **Plaintiff Exhibit N** is a true and correct copy of excerpts from Frederic Richard Schiff's deposition transcript, dated March 16, 2021. I personally witnessed the complete deposition. The deposition was taken remotely by ZOOM, and I was with Frederic Schiff in my office in Fresno, California. The deposition transcript excerpts in Exhibit N are accurate.

18. Attached as **Plaintiff Exhibit O** is a true and correct copy of excerpts from Police Chief William Scott's deposition transcripts, dated April 6, 2021, and October 18, 2021. I personally took the depositions and the deposition transcript excerpts in Exhibit O are accurate.

19. Attached as **Plaintiff Exhibit O-1** is a true and correct copy of Exhibit 3 (Sworn

1  Promotional Process memo dated January 3, 2018) of Chief William Scott's deposition transcript (Exhibit
2  O).

3      20.    Attached as Plaintiff Exhibit P is a true and correct copy of excerpts from Joseph
4  Emanuel's deposition transcript, dated December 28, 2021. I personally attended the deposition which
5  was taken remotely by ZOOM and was present for the entire deposition. The deposition excerpt in
6  Exhibit P are accurate."

7      *I declare under the penalty of perjury under the laws of the State of California and the United*
8      *States of America that the foregoing is true and correct.*

Dated:    June 17, 2022            LAW OFFICE OF M. GREG MULLANAX

By:    /s/ M. Greg Mullanax
      M. Greg Mullanax
      Attorney for Plaintiffs,
      Ric Schiff, *et al.*

## Plaintiffs' Exhibit List

| Exhibit | Name of Exhibit |
|---|---|
| A | Q-50 Sergeant List |
| B | Q-60 Lieutenant List |
| C | Q-80 Captain List |
| D | Ali Deposition |
| E | Andreotti Deposition |
| E-1 | Andreotti Deposition – Exhibit A (SFPOA Journal Excerpts) |
| F | Chaplin Deposition |
| G | Harmston Deposition |
| H | Lazar Deposition |
| I | Mannix Deposition |
| J | Montoya Deposition |
| K | Moser Deposition |
| L | Redmond Deposition |
| M | Sainez Deposition |
| N | Schiff Deposition |

| Exhibit | Name of Exhibit |
|---------|-----------------|
| O | Scott Deposition |
| O-1 | Scott Deposition – Exhibit 3 (January 3, 2018 Promotional Process Memo) |
| P | Emanuel Deposition |