# EXHIBIT A

## Q-50 Sergeant: Eligible List Status (4/18/2019)

**2017 Round**
**2018 Round**
**2019 Round**

**PL=Plaintiff**

| LAST NAME | FIRST NAME | Disp | Score | Rank | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| ORTEGA | MATTHEW | NTH | 1000 | 1 | M | H |
| SUGUITAN | JASMINE | NTH | 997 | 2 | F | 1 |
| SHAW | ADAM | NTH | 994 | 3 | M | W |
| BARCOJO | JOHN | NTH | 989 | 4 | M | H |
| KENNEY | PRISCILLA | NTH | 989 | 4 | F | H |
| KHMARSKIY | PAVEL | NTH | 988 | 5 | M | W |
| DAUGHERTY | RYAN | NTH | 984 | 6 | M | W |
| KILGARIFF | MARTIN | NTH | 983 | 7 | M | W |
| TACCHINI | JAMES | NTH | 982 | 8 | M | W |
| BUCKLEY | NICHOLAS | NTH | 981 | 9 | M | W |
| OSPITAL | PAUL | NTH | 980 | 10 | M | W |
| BRUGALETTA | KEVIN | NTH | 975 | 11 | M | W |
| CARAWAY | BRENDAN | NTH | 975 | 11 | M | W |
| ADAMS | KEVIN | NTH | 970 | 12 | M | W |
| HACKARD | MATTHEW | NTH | 966 | 13 | M | W |
| REYES | CARMICHAEL | NTH | 966 | 13 | M | 1 |
| BARRIENTOS JR | EDWARD | NTH | 964 | 14 | M | 1 |
| HUANG | EDMUND | NTH | 964 | 14 | M | A |
| SKAUG | GREGORY | NTH | 963 | 15 | M | W |
| PAYNE | ADRIAN | NTH | 961 | 16 | M | H |
| SMITH | CHRISTOPHER | NTH | 959 | 17 | M | W |
| YEE | JARROD | ER | 959 | 17 | M | A |
| ROCHE | AISLIN | NTH | 956 | 18 | F | W |
| MOORE | TOBIUS | NTH | 955 | 19 | M | W |
| PEREIRA | FRANK | NTH | 954 | 20 | M | W |
| RAMOS | MARILU | NTH | 954 | 20 | F | H |
| STOUMEN | HOLLY | NTH | 954 | 20 | F | W |
| CRANNA | BRIAN | NTH | 951 | 21 | M | 1 |
| CUMMINS | EITHNE | NTH | 951 | 21 | F | W |
| LUEDTKE | HERMAN H. G. | NTH | 951 | 21 | M | W |
| HART | RYAN | NTH | 949 | 22 | M | W |
| CUNNIE | JOHN | NTH | 948 | 23 | M | W |
| BRADFORD | BRENT | NTH | 947 | 24 | M | W |
| CHOW | JEFFREY | NTH | 943 | 25 | M | A |
| HALLISY | JOHN | NTH | 943 | 25 | M | W |
| FELIX | JOELLE | NTH | 941 | 26 | F | H |
| ROGERS | PEARL | NTH | 939 | 27 | F | I |
| YOO | AARON | NTH | 937 | 28 | M | A |
| FRAIZE | MARK | ER | 935 | 29 | M | W |
| PARRA | MATTHEW | NTH | 935 | 29 | M | H |
| GERALDO | RUPERT | ER | 930 | 30 | M | 1 |
| CHUI | DANIEL | NTH | 929 | 31 | M | A |

### Q-50 Sergeant: Eligible List Status (4/18/2019)

| LAST NAME | FIRST NAME | Disp | Score | Rank | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| NG | LAWRENCE | NTH | 929 | 31 | M | A |
| HOPE | MICAH | ER | 928 | 32 | M | W |
| MELLONE | MICHAEL | NTH | 927 | 33 | M | W |
| CLARK | JOSEPH | NTH | 923 | 34 | M | W |
| GOFF | DAVID | NTH | 923 | 34 | M | 1 |
| BUGARIN | JUSTIN PAUL | NTH | 922 | 35 | M | 1 |
| MCKELLEY  PL | BRANDON | ER | 922 | 35 | M | W |
| SAMSON | ORIT | NTH | 922 | 35 | M | B |
| FAYE | TIMOTHY | NTH | 919 | 36 | M | W |
| KROOS | DANIEL | NTH | 919 | 36 | M | W |
| LENTZ  PL | ALEXANDER | ER | 917 | 37 | M | W |
| HABIB | HAMDY | NTH | 916 | 38 | M | W |
| HILLARD | NICHOLAS | NTH | 916 | 38 | M | W |
| VILLARUEL | WESLEY | NTH | 916 | 38 | M | 1 |
| GALLIGAN | CHRISTOPHER | NTH | 915 | 39 | M | W |
| MURPHY | JOHN | NTH | 914 | 40 | M | W |
| COLE | ELIZABETH | NTH | 910 | 41 | F | W |
| CAMILOSA | JEFFREY | NTH | 909 | 42 | M | 1 |
| DUDY | PATRICK | ER | 909 | 42 | M | W |
| DULLEA | BARBARA | NTH | 905 | 43 | F | W |
| MITCHINSON | MARK | NTH | 905 | 43 | M | W |
| OBIDI | JOSEPH | NTH | 905 | 43 | M | B |
| GUERRERO | RICARDO | NTH | 904 | 44 | M | H |
| ISON | KEVIN | ER | 903 | 45 | M | 1 |
| MCMILTON | MEAGHAN | NTH | 903 | 45 | F | W |
| KANE | RAYMOND | NTH | 902 | 46 | M | W |
| LYONS | MEIGHAN | NTH | 902 | 46 | F | W |
| SOLORZANO | DANIEL | NTH | 902 | 46 | M | H |
| ORANTES | JENNIFER | NTH | 901 | 47 | F | H |
| BUSHNELL | MICHAEL | ER | 900 | 48 | M | W |
| EMANUEL  PL | JOSEPH | ER | 900 | 48 | M | W |
| MENDIOLA | JOSEPH | NTH | 900 | 48 | M | 1 |
| RICE | JUSTIN | ER | 900 | 48 | M | W |
| ALEJANDRINO | ENRIQUE | NTH | 899 | 49 | M | 1 |
| BORGHESANI | ERIC | ER | 899 | 49 | M | W |
| NESTOR | KEVIN | NTH | 898 | 50 | M | W |
| RADFORD | DAVID | ER | 898 | 50 | M | W |
| SANTOS | ANTONIO | NTH | 896 | 51 | M | H |
| CRUZ | JESSE | NTH | 895 | 52 | M | 1 |
| JOHAL | RAMONIK | NTH | 895 | 52 | M | A |
| HORAN | MICHAEL | NTH | 894 | 53 | M | W |
| ROBINSON | JASON | NTH | 894 | 53 | M | B |

Q-50 Sergeant:  Eligible List Status (4/18/2019)

| LAST NAME | FIRST NAME | Disp | Score | Rank | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| WELLS | GRAIG | NTH | 894 | 53 | M | W |
| POMATTO | LYNN | NTH | 893 | 54 | F | W |
| TOOMEY | JOSEPH | ER | 893 | 54 | M | W |
| MARIN | ANGELIQUE | NTH | 892 | 55 | F | I |
| BARTEL | KATHRYN | NTH | 891 | 56 | F | W |
| CUMMINGS | JEREMY | ER | 891 | 56 | M | W |
| KELLY  PL | DANIEL | ER | 891 | 56 | M | W |
| LUCCHETTI | JONATHON | NTH | 891 | 56 | M | W |
| UANG  PL | STEVEN | ER | 891 | 56 | M | A |
| KELLY | BRIAN | NTH | 890 | 57 | M | W |
| O'KEEFFE  PL | DAVID | ER | 890 | 57 | M | W |
| COSTA | CHRISTOPHER | ER | 889 | 58 | M | W |
| BERNSTEIN | LEO | NTH | 888 | 59 | M | A |
| BRAKEL  PL | GLENN | ER | 886 | 60 | M | W |
| OROPEZA III | JESSE | NTH | 886 | 60 | M | H |
| YICK | RICHARD | NTH | 884 | 61 | M | B |
| BARTLEY | TOMMIE | ER | 883 | 62 | M | W |
| DOMINGUEZ | PAUL | NTH | 883 | 62 | M | H |
| HAYMOND | PHILLIP | ER | 883 | 62 | M | W |
| MORALES | HECTOR | NTH | 883 | 62 | M | H |
| RITTER | CHRISTOPHER | ER | 882 | 63 | M | W |
| BARBOSA | PERFECTO | NTH | 881 | 64 | M | H |
| SANTIAGO | RICARDO | NTH | 879 | 65 | M | 1 |
| WREN | KYLE | NTH | 879 | 65 | M | W |
| CUADRO | KEVIN | NTH | 878 | 66 | M | H |
| GUZMAN | DANIEL | NTH | 878 | 66 | M | H |
| ANDERSEN | DESTINY | NTH | 877 | 67 | F | W |
| CABILLO | JOSHUA | ER | 876 | 68 | M | 1 |
| CROCKETT | RYAN | ER | 876 | 68 | M | W |
| FAYE | PATRICK | NTH | 876 | 68 | M | W |
| FRY | JOSHUA | ER | 875 | 69 | M | W |
| CLOUD | MATTHEW | ER | 873 | 70 | M | H |
| ALDAY | NICOH | NTH | 872 | 71 | M | 1 |
| LYNCH | JOSEPH | NTH | 872 | 71 | M | W |
| NEILL | BRIAN | NTH | 872 | 71 | M | W |
| O'CONNOR | BRIDGET | NTH | 872 | 71 | F | W |
| SAW | TERENCE | NTH | 872 | 71 | M | A |
| TIFFE | CRAIG | NTH | 871 | 72 | M | W |
| BURNS | DANIEL | NTH | 870 | 73 | M | W |
| JONES | RYAN | NTH | 870 | 73 | M | W |
| MCMILLAN | ROBERT | ER | 870 | 73 | M | W |
| SCHLEGLE | PETE | NTH | 870 | 73 | M | W |

**Q-50 Sergeant:  Eligible List Status (4/18/2019)**

| LAST NAME | FIRST NAME | Disp | Score | Rank | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| MINIOZA | GLEN | NTH | 868 | 74 | M | 1 |
| TO | TINA | NTH | 868 | 74 | F | A |
| SEAVEY | MATTHEW | ER | 867 | 75 | M | W |
| ZELTSER | EDWARD | NTH | 867 | 75 | M | W |
| MCMANIGAL | BRET | ER | 866 | 76 | M | W |
| KHUU | DIANE | NTH | 865 | 77 | F | A |
| O'MEARA III | JAMES | NTH | 865 | 77 | M | W |
| PADMORE | RAYMOND | NTH | 864 | 78 | M | B |
| FONG | KATHY | NTH | 862 | 79 | F | A |
| NOGUCHI | MARI | NTH | 862 | 79 | F | A |
| PARAS | EUGENE | NTH | 862 | 79 | M | 1 |
| JONES | DARIUS | NTH | 861 | 80 | M | B |
| MORALES | HEIDI | NTH | 861 | 80 | F | A |
| WILLIAMS | DOMINGO | NTH | 861 | 80 | M | B |
| LETSCH | ERIC | NTH | 859 | 81 | M | W |
| PEREZ | AGUSTIN | ER | 858 | 82 | M | H |
| PALMA | MICHAEL | NTH | 857 | 83 | M | W |
| TURSI | MICHAEL | ER | 856 | 84 | M | W |
| WHITFIELD | WARRICK | ER | 856 | 84 | M | B |
| RODRIGUEZ | FRANCISCO | ER | 853 | 85 | M | H |
| KNEUKER | BRIAN | NTH | 852 | 86 | M | W |
| LINNANE | GISELLE | NTH | 852 | 86 | F | H |
| DIZON | JOHN | ER | 851 | 87 | M | 1 |
| MULLIKEN | ALLEN | NTH | 851 | 87 | M | W |
| REYNOLDS | SONDRA | NTH | 851 | 87 | F | B |
| GLYNN | IAN | ER | 850 | 88 | M | H |
| LEE | NATHAN | NTH | 850 | 88 | M | A |
| MEDINA | ALEXANDRA | NTH | 850 | 88 | F | H |
| HA | HENRY | NTH | 849 | 89 | M | A |
| BURKS | TODD | NTH | 848 | 90 | M | B |
| DEGAND | STEPHON | NTH | 848 | 90 | M | B |
| BURCHARD | GREGORY | ER | 847 | 91 | M | 1 |
| AZIM | YOSSEF | ER | 846 | 92 | M | A |
| SMITH | BRANDON | ER | 846 | 92 | M | W |
| SULLIVAN | BRENT | ER | 846 | 92 | M | W |
| WOO | JUSTIN | ER | 846 | 92 | M | A |
| CIUDAD | ALBERN | ER | 843 | 93 | M | 1 |
| REYES | RUBEN | ER | 843 | 93 | M | H |
| DOHERTY | RYAN | ER | 840 | 94 | M | H |
| GUIN JR. | ELBERT | ER | 840 | 94 | M | W |
| MILLIGAN | MARK | ER | 840 | 94 | M | W |
| SOLARES | ERICK | ER | 840 | 94 | M | H |

**Q-50 Sergeant:  Eligible List Status (4/18/2019)**

| LAST NAME | FIRST NAME | Disp | Score | Rank | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| WU | ALARIC | ER | 840 | 94 | M | 1 |
| BARRERA | NICHOLAS | ER | 839 | 95 | M | H |
| NGUYEN | JENNIFER | ER | 839 | 95 | F | W |
| ENEA | JOSHUA | ER | 838 | 96 | M | W |
| SY | JOSELITO | ER | 838 | 96 | M | 1 |
| COVARRUBIAS | MARTIN | ER | 837 | 97 | M | H |
| MARGETTS | CAROL | ER | 837 | 97 | F | W |
| LOVRIN | JARED | ER | 836 | 98 | M | H |
| GUNTER | TIFFANY | ER | 835 | 99 | F | W |
| ELIAS | RAUL | ER | 834 | 100 | M | H |
| HOPKINS | BRIAN | ER | 834 | 100 | M | W |
| TAFT | DANIEL | ER | 834 | 100 | M | W |
| BURKE | BRIAN | ER | 833 | 101 | M | W |
| PAN | ERIC | ER | 833 | 101 | M | A |
| BARR | CURT | ER | 831 | 102 | M | W |
| BATES | KENNETH | ER | 830 | 103 | M | W |
| NAZZAL | JOSHUA | ER | 830 | 103 | M | W |
| THOMAS | LEROY | ER | 830 | 103 | M | B |
| CLEMENTE | JOSEPH | ER | 829 | 104 | M | 1 |
| O'DONNELL | KEVIN | ER | 829 | 104 | M | H |
| WILSON | GLEN | ER | 829 | 104 | M | W |
| GORDON | MICHAEL | ER | 827 | 105 | M | W |
| PADILLA | CARLOS | ER | 827 | 105 | M | H |
| BOWERS | KENYON | ER | 826 | 106 | M | W |
| NEVES | TIMOTHY | ER | 825 | 107 | M | W |
| GRADY | TORRIE | ER | 824 | 108 | F | B |
| EASTLUND | ERIC | ER | 823 | 109 | M | W |
| JIMENEZ | JOSE | ER | 822 | 110 | M | H |
| LABSON | RODRIGO | ER | 822 | 110 | M | 1 |
| POLOVINA | THEODORE | ER | 821 | 111 | M | W |
| CAMPOS | OSVALDO | ER | 820 | 112 | M | H |
| GALLO | KENNETH | ER | 820 | 112 | M | W |
| LATUS | GREGORY | ER | 820 | 112 | M | W |
| LUTTICKEN | SCOTT | ER | 820 | 112 | M | W |
| TUIMAVAVE | MAINA | ER | 820 | 112 | F | A |
| CHENG | GARY | ER | 819 | 113 | M | A |
| NEVIN | ROBERT | ER | 819 | 113 | M | W |
| BENAVIDEZ | LOUIE | ER | 818 | 114 | M | I |
| COTA | MICHAEL | ER | 817 | 115 | M | W |
| ELLISON | JAMEL | ER | 817 | 115 | M | B |
| FERGUS | JOHN | ER | 817 | 115 | M | W |
| GOMES | ANTHONY | ER | 817 | 115 | M | A |

**Q-50 Sergeant:  Eligible List Status (4/18/2019)**

| LAST NAME | FIRST NAME | Disp | Score | Rank | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| TERRITO | NICHOLAS | ER | 816 | 116 | M | W |
| TSO | KELVIN | ER | 814 | 117 | M | A |
| JOHNSON | DAVID | ER | 813 | 118 | M | W |
| CHECK | ROSALYN | ER | 812 | 119 | F | W |
| DONGON | JASSEN | ER | 812 | 119 | M | W |
| MARKEY | EDWARD | ER | 812 | 119 | M | W |
| CAMPBELL | BRYAN | ER | 811 | 120 | M | W |
| ELIEFF | WILLIAM | ER | 811 | 120 | M | W |
| ELLIS | MICHAEL | ER | 811 | 120 | M | W |
| LIU | RYAN | ER | 811 | 120 | M | A |
| MLAKER | BARRY | ER | 811 | 120 | M | W |
| KING | JERRY | ER | 810 | 121 | M | B |
| CIBOTTI | RICHARD | ER | 809 | 122 | M | W |
| TENNENBAUM | DOUGLAS | ER | 808 | 123 | M | W |
| CASTRO | CARLOS | ER | 807 | 124 | M | H |
| FORTUNO | JEFFREY | ER | 807 | 124 | M | 1 |
| MACIAS | JOSE | ER | 807 | 124 | M | H |
| LEONG | MATTHEW | ER | 806 | 125 | M | A |
| HERMOSURA | JULIAN | ER | 805 | 126 | M | 1 |
| MCGOLDRICK | RONALD | ER | 803 | 127 | M | H |
| OLSON | CHRISTOPHER | ER | 802 | 128 | M | W |
| NAVAL | DARWIN | ER | 801 | 129 | M | 1 |
| SINGLETON | MONTGOMERY | ER | 801 | 129 | M | B |
| HAUSCARRIAGUE | TOM | ER | 800 | 130 | M | W |
| SHANGARAN | RAMESH | ER | 800 | 130 | M | A |
| VONG | JOHNNY | ER | 800 | 130 | M | A |
| BACA III | LAURO | ER | 797 | 131 | M | H |
| COWHIG | AARON | ER | 797 | 131 | M | W |
| CHU | RAYMOND | ER | 796 | 132 | M | A |
| MORA | ALVARO | ER | 796 | 132 | M | H |
| MASANGCAY | RAPHAEL | ER | 795 | 133 | M | 1 |
| DILAG | ROEL | ER | 793 | 134 | M | 1 |
| FIORELLO | JENNIFER | ER | 793 | 134 | F | H |
| SEPULVEDA | NICHOLAS | ER | 793 | 134 | M | H |
| ARCHINI | SEAN | ER | 792 | 135 | M | W |
| HARO | RIGOBERTO | ER | 791 | 136 | M | H |
| LEONG | CRAIG | ER | 791 | 136 | M | A |
| PAK | GREGORY | ER | 791 | 136 | M | A |
| RAMIREZ | NICOLE | ER | 791 | 136 | F | H |
| CADER | BRENT | ER | 790 | 137 | M | W |
| CONCEICAO | MARIE-FRANCE | ER | 789 | 138 | F | W |
| LEWIN-TANKEL | ELIA | ER | 789 | 138 | M | W |

**Q-50 Sergeant:  Eligible List Status (4/18/2019)**

| LAST NAME | FIRST NAME | Disp | Score | Rank | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| ZIMIGA | JASON | ER | 789 | 138 | M | I |
| CLIFFORD | ANDREW | ER | 788 | 139 | M | W |
| SEVILLA | LIONEL | ER | 788 | 139 | M | H |
| COLEMAN | STEPHEN | ER | 787 | 140 | M | W |
| DAWSON | BRENT | ER | 784 | 141 | M | W |
| DONG | CRAIG | ER | 784 | 141 | M | A |
| SANTIAGO | ERIC | ER | 784 | 141 | M | 1 |
| SYRING | KENNETH | ER | 784 | 141 | M | W |
| MCHALE | JEFFREY | ER | 783 | 142 | M | W |
| COTTER | CHRISTOPHER | ER | 781 | 143 | M | W |
| DAGGS | MURRAY | ER | 781 | 143 | M | B |
| DUARTE | ALBERTO | ER | 781 | 143 | M | H |
| QUEMA | MICHELLE | ER | 781 | 143 | F | 1 |
| THOMPSON | DACK | ER | 781 | 143 | M | B |
| WONG | CHARLES | ER | 781 | 143 | M | A |
| HARRIS | JARED | ER | 780 | 144 | M | H |
| SEQUEIRA | IVAN | ER | 780 | 144 | M | H |
| ALEXANDER | ANNA | ER | 779 | 145 | F | W |
| DAMONTE | CHRISTOPHER | ER | 779 | 145 | M | W |
| JONES | RYAN | ER | 779 | 145 | M | B |
| CLIFFORD | KEVIN | ER | 778 | 146 | M | H |
| HOM | MATTHEW | ER | 778 | 146 | M | A |
| LUM | HANK | ER | 778 | 146 | M | A |
| EVERSON | JOSEPH | ER | 777 | 147 | M | W |
| NG | JOHNATHON | ER | 777 | 147 | M | A |
| DAROZA | CHRISTOPHER | ER | 775 | 148 | M | A |
| THOMPSON | BRANDON | ER | 775 | 148 | M | B |
| SCAFANI | ANTHONY | ER | 774 | 149 | M | W |
| MCBRIDE | SCOTT | ER | 773 | 150 | M | W |
| MORIYAMA | GARY | ER | 771 | 151 | M | A |
| PHENG | MICHAEL | ER | 771 | 151 | M | A |
| BROWN | JEFFREY | ER | 770 | 152 | M | W |
| ADAMSON | LORENZO | ER | 769 | 153 | M | B |
| TATLOW | JUSTIN | ER | 769 | 153 | M | W |
| BUTHERUS | PATRICK | ER | 768 | 154 | M | W |
| BANEGAS | MILEN | ER | 767 | 155 | F | H |
| BARAJAS | DANNY | ER | 767 | 155 | M | H |
| NORMENT | JOHN | ER | 767 | 155 | M | W |
| OCHOA | EDUARD | ER | 767 | 155 | M | H |
| PETERSON | DONN | ER | 767 | 155 | M | W |
| GERRANS | PATRICK | ER | 766 | 156 | M | W |
| HUTTON | MICHAEL | ER | 766 | 156 | M | W |

**Q-50 Sergeant:  Eligible List Status (4/18/2019)**

| LAST NAME | FIRST NAME | Disp | Score | Rank | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| PEDRINI | VINCENT | ER | 766 | 156 | M | W |
| ANDREOTTI | RICHARD | ER | 765 | 157 | M | W |
| BARBER | JAMES | ER | 765 | 157 | M | W |
| DURKIN | VALERIE | ER | 763 | 158 | F | W |
| IVANOV | KOSTYANTYN | ER | 763 | 158 | M | W |
| FAYNSHTEYN | ILYA | ER | 762 | 159 | M | W |
| REBOLI | ERIC | ER | 761 | 160 | M | W |
| CHRISTENSEN | DEREK | ER | 760 | 161 | M | B |
| FINAU | MOLI | ER | 760 | 161 | M | A |
| PRIETO | LUIS | ER | 760 | 161 | M | H |
| NAVARRO | SHAUN | ER | 758 | 162 | M | 1 |
| YU | NELSON | ER | 758 | 162 | M | A |
| CASTRO | AZARIAS | ER | 757 | 163 | M | W |
| DAZA | DUSTIN | ER | 756 | 164 | M | H |
| STEPHENS | JOHN | ER | 756 | 164 | M | W |
| ANDERSON | CHRISTOPHER | ER | 755 | 165 | M | A |
| RAMOSO | ARMANN | ER | 755 | 165 | M | 1 |
| ALVARENGA,JR. | OMAR | ER | 754 | 166 | M | H |
| LAM | VIEN | ER | 754 | 166 | M | A |
| SHYY | GORDON | ER | 754 | 166 | M | A |
| MORROW | FRANCISCO | ER | 753 | 167 | M | H |
| KIKUCHI | KEN | ER | 752 | 168 | M | A |
| WAKAYAMA | DAVID | ER | 752 | 168 | M | A |
| CABUNTALA | MARVIN | ER | 751 | 169 | M | 1 |
| SPEARS | MICHELLE | ER | 751 | 169 | F | W |
| PENA | REGILAND | ER | 747 | 170 | M | 1 |
| SANDS | DAVID | ER | 747 | 170 | M | A |
| MARINO | MARIO | ER | 746 | 171 | M | W |
| LUSTENBERGER | MARK | ER | 745 | 172 | M | W |
| O'ROURKE | JOHN | ER | 745 | 172 | M | W |
| SALMONSON | JOEL | ER | 744 | 173 | M | W |
| MCLAUGHLIN | DANIEL | ER | 743 | 174 | M | W |
| FONG | KEVIN | ER | 742 | 175 | M | A |
| CHANTAL | MICHAEL | ER | 741 | 176 | M | W |
| COLCLOUGH III | DAVID | ER | 740 | 177 | M | W |
| MCNAMARA | SEAN | ER | 738 | 178 | M | W |
| JEW | MATTHEW | ER | 737 | 179 | M | A |
| CHEUNG | SANDON | ER | 736 | 180 | M | A |
| HICKLIN | BRIAN | ER | 735 | 181 | M | W |
| RUETTI | PAUL | ER | 735 | 181 | M | W |
| WOOD | STEVEN | ER | 735 | 181 | M | W |
| ALVARO | KAMAKANA | ER | 734 | 182 | M | 1 |

**Q-50 Sergeant:  Eligible List Status (4/18/2019)**

| LAST NAME | FIRST NAME | Disp | Score | Rank | Gender | Ethnicity |
|---|---|---|---|---|---|---|
| GAMBLE | EDWARD | ER | 734 | 182 | M | W |
| HORAN | JAMES | ER | 734 | 182 | M | W |
| ROCKWELL | RAPHAEL | ER | 733 | 183 | M | B |
| WANG | JOSHUA | ER | 733 | 183 | M | A |
| SUTTON | GARTH | ER | 732 | 184 | M | I |
| GONZALEZ | MIGUEL | ER | 731 | 185 | M | H |
| HAYES | CHRISTINA | ER | 731 | 185 | F | W |
| LIEU | ALBERT | ER | 729 | 186 | M | A |
| BERNARD | NATHAN | ER | 728 | 187 | M | W |
| PALLADINO | WILLIAM | ER | 728 | 187 | M | W |
| WOODS | PATRICK | ER | 728 | 187 | M | W |
| LIANG | DERRICK | ER | 727 | 188 | M | A |
| NEEDHAM | STEVEN | ER | 726 | 189 | M | W |
| WILSON | AUSTIN | ER | 725 | 190 | M | W |
| MATTEI | MATTHEW | ER | 724 | 191 | M | W |
| ORTIZ | TIMOTHY | ER | 724 | 191 | M | H |
| DUDLEY | DANIEL | ER | 720 | 192 | M | H |
| ADAMS | DEBBIE | ER | 719 | 193 | F | B |
| ALCARAZ | GABRIEL | ER | 719 | 193 | M | H |
| YAMAMOTO | PAUL | ER | 719 | 193 | M | A |
| HARRIS | BRANDON | ER | 718 | 194 | M | H |
| GUZMAN | KRYSTLE | ER | 717 | 195 | F | H |
| ORTIZ | RAYMOND | ER | 713 | 196 | M | H |
| MACIEL | MATTHEW | ER | 712 | 197 | M | W |
| POPOV | ALEXANDER | ER | 711 | 198 | M | W |
| KIM | JOO-HAN | ER | 710 | 199 | M | A |
| PERALTA | MICHAEL | ER | 709 | 200 | M | H |
| TOV | CHHUNMENG | ER | 705 | 201 | M | A |
| BERNAL | GERALD | ER | 700 | 202 | M | 1 |
| RANDOLPH | ANTHONY | ER | 700 | 202 | M | B |