# EXHIBIT D

## Page 1

```
 1          UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3
 4  FREDERICK (RIC) SCHIFF;
    GLENN BRAKEL; ALICE DICROCE;
 5  JOSEPH EMANUEL; BRIAN GREER;
    CLAYTON HARMSTON; STEVEN
 6  HASKELL; MICAH HOPE; DANIEL
    KELLY; ALEXANDER LENTZ;
 7  BRANDON McKELLEY; GERALD
    NEWBECK; DAVID O'KEEFFE;
 8  CHRISTOPHER RITTER; STEVEN
    UANG and THOMAS WALSH,
 9
         Plaintiff,
10
          vs.              Case No. 4:19-cv-03260-YGR
11
    CITY AND COUNTY OF SAN
12  FRANCISCO; GREG SUHR,
    individually; WILLIAM
13  (BILL) SCOTT, individually;
    and DOES 1-20,
14
         Defendants.
15  ~~~~~~~~~~~~~~~~~~~~~~~~~~
16
17       REMOTE CONFIDENTIAL DEPOSITION OF
18                  MIKAIL ALI
19
20             September 28, 2021
21                 9:06 a.m.
22
23                 Vallejo, CA
24
25   Susan F. Magee, RPR, CCRR, CLR, CSR No. 11661
```

## Page 2

```
 1  APPEARANCES:
 2     For the Plaintiffs:
 3        LAW OFFICE OF M. GREG MULLANAX
 4        M. GREG MULLANAX, ESQ.
 5        (Appearing via teleconference)
 6        2140 North Winery Avenue
 7        Suite 101
 8        Fresno, CA 93703
 9        (559) 420-1222
10        greg@lawmgm.com
11
12     For the Defendant:
13        OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY OF
14        SAN FRANCISCO
15        PETER A. COWNAN, ESQ.
16        (Appearing via teleconference)
17        1390 Market Street
18        Fifth Floor
19        San Francisco, CA 94102
20        (415) 554-3863
21        peter.cownan@sfcityatty.org
22               //
23
24
25
```

## Page 3

```
 1  APPEARANCES (continued):
 2     Also Present (Appearing via teleconference):
 3        ALICE DICROCE
 4        FREDERICK SCHIFF
 5              --o0o--
```

## Page 4

```
 1              INDEX OF EXAMINATION
 2  WITNESS: MIKAIL ALI, Volume I
 3  EXAMINATION                                      PAGE
 4  BY MR. MULLANAX                                     6
 5              --o0o--
```



Page 5

```
1              INDEX OF EXHIBITS
2  EXHIBITS                                        MARKED
3  Exhibit 1  Q-50 Secondary Criteria                 15
4             Recommendations, CCSF 008585-008597
5  Exhibit 2  Q-60 Secondary Criteria                 18
6             Recommendations, CCSF 008741-008745
7  Exhibit 3  Q-80 Captains Secondary Criteria, CCSF  22
8             008816-008817
9  Exhibit 4  Q-60 Lieutenants Secondary Criteria     24
10            Recommendations, CCSF 008782-008783
11 Exhibit 5  Q-80 Captains Secondary Criteria        26
12            Recommdations, CCSF 008843-008844
13 Exhibit 6  Q-50 Sergeants Secondary Criteria       28
14            Recommendations, CCSF 008688-008694
15                      --o0o--
```

Page 6

```
1            Tuesday, September 28, 2021
2                      9:06 a.m.
3
4                     MIKAIL ALI,
5  having been administered an oath, was examined and
6  testified as follows:
7
8              EXAMINATION BY MR. MULLANAX
9
10     Q.  All right.  Good morning to you.
11     A.  Good morning.
12     Q.  My name is Greg Mullanax, and I represent Greg
13 Schiff and 15 other officers that have filed a lawsuit
14 against the City and County of San Francisco, and that's
15 why we're here to take your deposition today.
16         For -- what is your current occupation?
17     A.  I'm a peace officer with the San Francisco
18 Police Department.
19     Q.  And what's your official title?
20     A.  I'm a Deputy Chief of Police.
21     Q.  Have you been deposed before?
22     A.  Yes, sir.
23     Q.  Do you recall about how many times you've been
24 deposed?
25     A.  Less than half a dozen times.
```

Page 7

```
1      Q.  And I presume in your career you've testified
2  in court; is that correct?
3      A.  That's correct.
4      Q.  Your testimony today will be just as if you're
5  testifying in court before a judge or a jury, meaning
6  that your testimony is given under oath.
7          Do you understand that?
8      A.  I do.
9      Q.  And during the questioning -- I'm from Texas so
10 people tell me I talk funny.  So if I ask a question and
11 you don't understand it, please let us know and I'll be
12 happy to re-ask it.
13         Do you agree to do that?
14     A.  I do.
15     Q.  Okay.  I don't think we'll be here too long
16 today at your deposition, but I appreciate your
17 appearance.
18     A.  Yes, sir.
19     Q.  I want -- I would like to go back through your
20 career with the San Francisco Police Department to start
21 off with.
22         When were you hired by the SFPD?
23     A.  Started August 10th, 1992.
24     Q.  And after you left the academy, were you -- I
25 guess you were a patrol officer?
```

Page 8

```
1      A.  After leaving the academy, you're in a period
2  of field training.
3      Q.  How long were you in field training?
4      A.  I believe it's approximately nine weeks.
5      Q.  Were you assigned to a particular station
6  during your field training?
7      A.  I was.
8      Q.  And what station was that?
9      A.  Ingleside Station.
10     Q.  And after you completed your field training,
11 were you -- become a patrol officer at that point?
12     A.  Yes.
13     Q.  How long were you a patrol officer?
14     A.  From the completion of field training, until I
15 was promoted in 1998.
16     Q.  And in 1998, you were promoted to sergeant?
17     A.  That's correct.
18     Q.  What was your first assignment as sergeant?
19     A.  First assignment as sergeant was Park station.
20     Q.  And how long were you at Park station?
21     A.  Couple of years.  I want to say two.
22     Q.  And then where did you go?
23     A.  I went to Ingleside Station.
24     Q.  And do you recall about what year that was?
25 Was that approximately 2000?
```



Page 9

1   A. I want to say it was approximately 2000.
2   Q. Okay. And you were still a sergeant at that
3   point?
4   A. That's correct.
5   Q. And I presume at one point you were promoted to
6   lieutenant?
7   A. That's correct.
8   Q. When was that?
9   A. I believe that was in 2000 -- roughly 2005.
10  Q. Okay.
11  A. I don't have my résumé in front of me.
12  Q. That's okay. I'm just trying to get a general
13  idea. And I understand you probably don't remember the
14  exact dates. I'm just trying to get a general
15  chronology.
16  A. Sure.
17  Q. And then when you became lieutenant, where were
18  you assigned?
19  A. My first assignment as a -- as a lieutenant
20  where I was in charge of our juvenile division.
21  Q. And how long did you stay in that position?
22  A. A little less than two years, I believe.
23  Q. Okay. And then what -- then what did you do?
24  A. I went to -- back to Ingleside Station as a
25  lieutenant.

Page 10

1   Q. And how long were you at Ingleside as a
2   lieutenant?
3   A. Just a couple years.
4      And just to back up, there was a period of time
5   when I was at the Mayor's Office of Criminal Justice as
6   a sergeant. And I literally forget the time, but it was
7   about a three-year period of time.
8   Q. Okay.
9   A. I've had a lot of assignments, sir.
10  Q. I bet you have. You've been there 30 years
11  now, haven't you?
12  A. I'm in my 30th year now, yes.
13  Q. Okay. So how long -- when were you promoted
14  next after lieutenant?
15  A. And just backing up just a bit, I was also in
16  Gang Task Force as a sergeant as well. So I -- they
17  mesh together. The Mayor's Office of Criminal Justice
18  and Gang Task Force is overlapping assignments, dual
19  assignments at some point.
20     So I'm sorry. Back to your question, though.
21  Q. That's okay. I appreciate the answer.
22     When -- at some point you were promoted to
23  captain; is that right?
24  A. I'm sorry. Say that again, sir?
25  Q. At some point you were promoted to captain; is

Page 11

1   that correct?
2   A. On paper, yes.
3   Q. What do you mean by that?
4   A. I went from lieutenant to commander. I was on
5   the list for captain. I was subsequently promoted to
6   captain while as a commander.
7   Q. Okay. When were you promoted to commander?
8   A. That would be May of 2011.
9   Q. And who was the police chief at that time? Do
10  you remember?
11  A. That would be Greg Suhr.
12  Q. Of course. And then you became commander
13  first.
14     Where were you assigned as commander?
15  A. Field Operations in charge of the Golden Gate
16  Division.
17  Q. And how long did you maintain that assignment?
18  A. A couple of years.
19  Q. And then was it during that time you were
20  promoted to captain also?
21  A. Yes.
22  Q. Okay. And in that position as a commander, now
23  you're the deputy chief; right?
24  A. Yeah.
25  Q. Were you promoted to deputy chief from being a

Page 12

1   commander?
2   A. Yes.
3   Q. When were you promoted to deputy chief?
4   A. That would be May of 2015.
5   Q. And that was during Chief Schiff's tenure; is
6   that right?
7   A. That is correct.
8   Q. Now, in your position as deputy chief, are you
9   involved in the promotional process?
10  A. Yes.
11  Q. And what is -- what are your duties related to
12  the promotional process?
13  A. The duties are to evaluate the secondary
14  criteria, presentations of groups of candidates that
15  have been deemed eligible for -- by the -- our
16  Department of Human Resources.
17  Q. And how does that process work, regarding the
18  reviewing of the secondary criteria?
19  A. The candidates adhere to an application
20  process. They adhere to an application process. We
21  review the application in accordance with the criteria
22  set forth by effectively our human resources and present
23  and recommend to the chief of police as to whether or
24  not persons would deem to be suitable for promotion.
25  Q. And what are the -- you're a deputy chief. The



Page 13

1  other deputy chiefs involved in this process reviewed
2  the secondary criteria, and then make a recommendation
3  to the chief?
4      A.  Yes.
5      Q.  And my understanding from prior depositions is
6  that once the secondary criteria is received, that the
7  deputy chiefs meet together in a room with the
8  representative of the department of human resources and
9  maybe someone from the City Attorney's Office, and they
10 sit in a room and go through the secondary criteria of
11 the candidates.
12      Is that how that works in your experience?
13     A.  That's correct.
14     Q.  And once you make a recommendation, what
15 happens next in the process?  Do you know?
16     A.  That information is presented to the chief, and
17 then the chief announces their selections.
18     Q.  And I just wanted to say before I go forward,
19 if -- I don't want to -- when I ask you a question, if
20 you don't know the answer, it's perfectly acceptable to
21 say you don't know.  I don't want to ask you to
22 speculate at all.  I make that clear early on, but
23 sometimes that comes up as an issue.
24      But what's -- so once that's submitted to the
25 chief, have you ever had any conversations with

Page 14

1  Chief Suhr or Chief Scott over the recommendations you
2  made?
3      A.  No.
4      Q.  Now, when you were reviewing the secondary
5  criteria and making recommendations, do you have a
6  certain standard that you look at in determining whether
7  to make a recommendation or not?  Or if they have -- how
8  does that work in your mind?
9      A.  I look at the standards set forth by the
10 department and relative to the secondary criteria.  I
11 don't have the documents in front of me, but that's the
12 standard.
13     Q.  And just for the record, what is secondary
14 criteria?
15     A.  Secondary criteria, you know, just top of my
16 head, there's actually delineation of those things, but
17 it's work assignments, it's education, it's training,
18 it's community engagement, work performance, overall
19 disciplinary issues.  Just a holistic approach of the
20 person beyond the civil service examination.
21     Q.  Okay.  And did you review any documents in
22 preparation for your testimony today?
23     A.  No.
24     Q.  I'm going to pull up a couple of -- some
25 exhibits.  I think we have five or six exhibits, but

Page 15

1  hopefully, Peter, I can do this right today.
2      Can y'all see that?
3      MR. COWNAN:  I can.  What about you, Chief Ali?
4      THE WITNESS:  I can.
5  BY MR. MULLANAX:
6      Q.  Chief Ali, can you -- is it -- is the size of
7  it okay for you to read?
8      A.  It's fine.  I'll let you know if I have
9  challenges.
10     MR. MULLANAX:  Okay.  Yes, please do, and I'll
11 try to fix it.  I'm showing you what I'm marking as
12 Exhibit 1, and it consists of pages CCSF 008585 through
13 CCSF 008597.
14     (Exhibit 1, Q-50 Secondary Criteria
15 Recommendations, CCSF 008585-008597, marked for
16 identification.)
17 BY MR. MULLANAX:
18     Q.  I'm going back to the first page of this
19 Exhibit 1.
20     Do you recognize this document?
21     A.  Yes.  It's my writing.
22     Q.  Okay.  And what is this document?
23     A.  It's the secondary criteria document on which
24 you can write comments and also identify what your
25 recommendation is to the chief.

Page 16

1      Q.  Okay.  And you just said that this is your
2  handwriting on this document?
3      A.  That's correct.
4      Q.  And when you filled out this document, was this
5  during the process of when you were reviewing the
6  secondary criteria?
7      A.  Yes.
8      Q.  So when you're filling out this document, is
9  that the time when -- I call it the promotional
10 committee.  That's probably not the proper term, but can
11 y'all hear that airplane?
12     MR. COWNAN:  No, sir.
13     MR. MULLANAX:  Can we pause just for a second.
14 I got a jet flying over here.
15     MR. COWNAN:  Sure.
16     MR. MULLANAX:  I'm right by the airport,
17 and . . .
18     Yeah, sorry about that.  I couldn't tell if
19 y'all hear it or not, but I can't -- when they're flying
20 over here, it's hard for me to hear anything.
21 BY MR. MULLANAX:
22     Q.  So if I can remember where I was -- oh.  I'm
23 sorry, Chief.  When you're looking at this document,
24 Exhibit 1, this is what you're filling out when you're
25 reviewing the secondary criteria in the promotional



Page 33

1  or not I would make a recommendation.
2        So if I put nothing noteworthy, it's probably
3  because of a lack of substantive presentation in their
4  secondary criteria packet.
5     Q. Okay.
6     A. But if I had the packet of front of me, I could
7  be more specific.
8     Q. Okay.  And if we scroll down further on the
9  page, No. 63, which is straight from the bottom, it's
10 Christopher Ritter.  And it looks like you wrote A.A.
11 degree, extensive training and experience.
12       Do you see that?
13    A. I do.
14    Q. And but you didn't recommend him for promotion.
15       Do you recall why?
16    A. I do not.
17    Q. It appears that you -- based on these documents
18 that we've seen on your recommendations, that you -- by
19 far the majority of them, you recommended promotion; is
20 that correct?
21    A. Yes.  So by far, you know, and put in context
22 once again, this is about not necessarily recommending
23 someone for promotion as opposed to recognizing them as
24 being suitable for promotion, recognizing and
25 understanding that ultimately as the chief of police has

Page 34

1  to fill a finite number of positions with candidates,
2  and so this is effectively giving the chief of police a
3  pool of viable candidates.
4        If I were the chief of police, my, you know,
5  stance on individuals in this process would be different
6  because I'm operating from a standpoint of a finite
7  number of promotions to make, and so you obviously have
8  to, you know, make your best promotions based upon the
9  needs of the department.  So I present to you that these
10 are really what I deemed to be viable, potential
11 candidates for promotion.
12    Q. Okay.  And then as we discussed earlier, I
13 think what your testimony was, was that once you fill
14 out these secondary criteria recommendation forms, it
15 goes on to the chief and that's the end of your
16 involvement in the promotional process; is that correct?
17    A. That's correct.
18    Q. Did Chief Scott ever ask you about any of the
19 candidates that were submitted for promotion in 2017 or
20 2018?
21    A. No.
22    Q. Did you notice any difference in the -- well,
23 let me re-ask it.
24       In the first round of promotions that occurred
25 in 2017, did you and the department hear of any

Page 35

1  complaints that people were dissatisfied with the
2  results of promotions?
3     A. People are always dissatisfied with the results
4  of promotions.
5     Q. So that happens in every round?
6     A. Without failure, I'm afraid.
7     Q. Do you recall anything unusual in the 2017 to
8  2018 time period?
9     A. No.  They're all the same.
10    Q. Okay.  Do you -- there was a POA meeting that
11 was conducted around Thanksgiving in November 2017 and
12 Chief Scott appeared at that POA meeting.  I'm
13 representing to you that he did.
14       Were you present with Chief Scott at that
15 meeting?
16    A. No, sir.
17       MR. MULLANAX:  Chief, I think that's all the
18 questions I have.
19       MR. COWNAN:  All right.
20       MR. MULLANAX:  All right.
21       Do you have anything, Peter?
22       MR. COWNAN:  I have nothing.  The City will
23 order a copy of the transcript.  Otherwise, we can go
24 off the record.
25       MR. MULLANAX:  Okay.  Let's go off the record.

Page 36

1        (The remote confidential deposition concluded
2  at 10:02 a.m.)
3              --o0o--



### Page 37

```
 1            REPORTER'S CERTIFICATION
 2
 3        I, Susan F. Magee, RPR, CCRR, CLR, Certified
 4   Shorthand Reporter, in and for the State of California,
 5   do hereby certify:
 6        That the foregoing witness was by me duly
 7   sworn; that the remote confidential deposition was then
 8   taken before me at the time and place herein set forth;
 9   that the testimony and proceedings were reported
10   stenographically by me and later transcribed into
11   typewriting under my direction; that the foregoing is a
12   true record of the testimony and proceedings taken at
13   that time.
14        IN WITNESS WHEREOF, I have subscribed my name
15   this 9th day of October 2021.
16
17
18
19   _____
20        Susan F. Magee, RPR, CCRR, CLR
         CSR No. 11661
21
22
23
24
25
```

### Page 38

```
 1      REMOTE CONFIDENTIAL DEPOSITION ERRATA SHEET
 2   Our Assignment No. J7435166
 3   Case Caption:  Frederick (Ric) Schiff, et al. vs. City
     and County of San Francisco, et al.
 4
 5          DECLARATION UNDER PENALTY OF PERJURY
 6
 7        I declare under penalty of perjury that I have
 8   read the entire transcript of my remote confidential
 9   deposition taken in the captioned matter or the same has
10   been read to me, and the same is true and accurate, save
11   and except for changes and/or corrections, if any, as
12   indicated by me on the CONFIDENTIAL DEPOSITION ERRATA
13   SHEET hereof, with the understanding that I offer these
14   changes as if still under oath.
15        Signed on the _____ day of _____,
16   2021.
17
18
19
20                              _____
21                                        MIKAIL ALI
22
23
24
25
```

### Page 39

```
 1          CONFIDENTIAL DEPOSITION ERRATA SHEET
 2   Page No._____Line No._____Change to:_____
     _____
 3   Reason for change:_____
 4   Page No._____Line No._____Change to:_____
     _____
 5
 6   Reason for change:_____
 7   Page No._____Line No._____Change to:_____
     _____
 8   Reason for change:_____
 9   Page No._____Line No._____Change to:_____
     _____
10   Reason for change:_____
11   Page No._____Line No._____Change to:_____
     _____
12   Reason for change:_____
13   Page No._____Line No._____Change to:_____
     _____
14   Reason for change:_____
15   Page No._____Line No._____Change to:_____
     _____
16   Reason for change:_____
17   Page No._____Line No._____Change to:_____
     _____
18   Reason for change:_____
19   Page No._____Line No._____Change to:_____
     _____
20   Reason for change:_____
21   Page No._____Line No._____Change to:_____
     _____
22   Reason for change:_____
23   Page No._____Line No._____Change to:_____
     _____
24   Reason for change:_____
25   SIGNATURE:_____DATE:_____
                        MIKAIL ALI
```

### Page 40

```
 1     CONFIDENTIAL DEPOSITION ERRATA SHEET (continued)
 2   Page No._____Line No._____Change to:_____
     _____
 3   Reason for change:_____
 4   Page No._____Line No._____Change to:_____
     _____
 5   Reason for change:_____
 6   Page No._____Line No._____Change to:_____
     _____
 7   Reason for change:_____
 8   Page No._____Line No._____Change to:_____
     _____
 9   Reason for change:_____
10   Page No._____Line No._____Change to:_____
     _____
11   Reason for change:_____
12   Page No._____Line No._____Change to:_____
     _____
13   Reason for change:_____
14   Page No._____Line No._____Change to:_____
     _____
15   Reason for change:_____
16   Page No._____Line No._____Change to:_____
     _____
17   Reason for change:_____
18   Page No._____Line No._____Change to:_____
     _____
19   Reason for change:_____
20   Page No._____Line No._____Change to:_____
     _____
21   Reason for change:_____
22   Page No._____Line No._____Change to:_____
     _____
23   Reason for change:_____
24
25   SIGNATURE:_____DATE:_____
                        MIKAIL ALI
```

