# EXHIBIT E

### Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                      FOR THE
 3              NORTHERN DISTRICT OF CALIFORNIA
 4
 5  FREDERICK (RIC) SCHIFF, et al.,
 6         Plaintiff,
 7    vs.                       No. 4:19-cv-03260-YGR
 8  CITY and COUNTY of
    SAN FRANCISCO, et al.,
 9
           Defendant.
10  _____
11
12
13
14            * CONFIDENTIAL *
15       VIDEOCONFERENCE DEPOSITION OF
16              RICK ANDREOTTI
17          Friday, January 7, 2022
18         10:03 a.m. - 10:51 a.m.
19                 Volume 1
20
21
22
23
24      JODI L. BOSETTI, CSR No. 11316, RPR
25
```

### Page 2

```
 1            APPEARANCES OF COUNSEL
 2
 3  For Plaintiffs Frederick (Ric) Schiff, et al.:
 4       M GREG MULLANAX LAW OFFICE
         BY:  M. GREG MULLANAX
 5       Attorney at Law
         2140 N. Winery Avenue, Suite 101
 6       Fresno, California 93703
         (559) 420-1222
 7       greg@lawmgm.com
 8
 9  For Defendant City and County of San Francisco:
10       OFFICE OF CITY ATTORNEY DENNIS HERRERA
         BY:   PETER A. COWAN
11       Deputy City Attorney
         1390 Market Street, 5th Floor
12       San Francisco, California 94102
         (415) 554-4700
13       peter.cownan@sfcityatty.org
14
15  For San Francisco POA:
16       RAINS LUCIA STERN ST. PHALLE & SILVER, PC
         BY:   ROCKNE A. LUCIA, JR.
17       Attorney at Law
         2300 Contra Costa Boulevard, Suite 500
18       Pleasant Hill, California 94523
         (925) 609-1699
19       rlucia@rlslawyers.com
20
21  Also Present:
22       RIC SCHIFF
         DAN KELLY
23       CLAYTON HARMSTON
         DAVID O'KEEFE
24
25
```

### Page 3

```
 1                     INDEX
 2
 3  WITNESS                              EXAMINATION
 4  RICK ANDREOTTI
    Volume 1
 5
 6
 7        BY MR. MULLANAX                    4, 39
 8        BY MR. COWNAN                         17
 9        BY MR. LUCIA                          39
10
11                   EXHIBITS
12  DEPOSITION                               PAGE
13  Exhibit A   Cover of the POA Journal from    9
                December of 2017
14
    Exhibit B   Ten-page PDF of meeting notes from  22
15              November 16, 2017
16
17
18
19
20
21
22
23
24
25
```

### Page 4

```
 1       Videoconference, Friday, January 7, 2022
 2            10:03 a.m. - 10:51 a.m.
 3
 4            RICK ANDREOTTI,
 5  having been administered an oath, was examined and
 6  testified as follows:
 7
 8                  EXAMINATION
 9  BY MR. MULLANAX:
10     Q  Good morning.
11     A  Good morning.
12     Q  Mr. Andreotti, you're still employed by the
13  San Francisco Police Department; is that correct?
14     A  Yes, sir.
15     Q  And what is your current rank?
16     A  Police officer.
17     Q  Okay.  Officer Andreotti, my name is Greg
18  Mullanax.  I'm an attorney in Fresno, California.  I
19  represent Ric Schiff and the other plaintiffs in a
20  lawsuit against the City and County of San Francisco
21  alleging improper promotional practices.  So I'm here
22  today to take your deposition.  And I don't think it
23  will take very long because we have really just about
24  one or two things I want to ask you about.
25         But have you been deposed previously?
```



Page 5

1    A   Once or twice.
2    Q   Okay.  This deposition proceeding will
3  probably be like the others, but there's just a couple
4  of things I want to remind you of.  One is that your
5  testimony today is under oath just as if you were
6  testifying in court before a judge or a jury.  Do you
7  understand that?
8    A   Absolutely.
9    Q   Okay.  And I'm from Texas and people out here
10 think I talk funny, so if I ask a question and you
11 don't understand it, please let me know and I'll be
12 happy to reask it.  Will you be able to do that?
13   A   Yes, sir.
14   Q   If you want to take a break for any reason,
15 let us know.  Peter and I have been doing a lot of
16 depositions the last few weeks, so we customarily
17 break after an hour, but I don't think your deposition
18 will last an hour.  But if you want to take a break
19 anyway, just let us know.
20   A   Thank you.
21   Q   First of all, let me just ask you some
22 background questions and then we'll get into the meat
23 of the case and then we'll be finished.
24   A   Okay.
25   Q   When did you join the San Francisco Police

Page 6

1  Department?
2    A   April of 2023.  I'm sorry, I'm retiring in
3  2023.  April of 2013.
4    Q   Okay.  And where are you currently stationed?
5    A   Company K traffic division.
6    Q   And you're a member of the San Francisco
7  Police Officers Association?
8    A   Yes.
9    Q   And what is the San Francisco Police Officers
10 Association?
11   A   The San Francisco Police Officers Association
12 is a group of members or sworn members in a police
13 department, all the way up to and including the rank
14 of captain.  And the general purpose of the -- the
15 gist of the police officers association is to
16 represent the officers and protect the officers'
17 rights under the police officer bill of rights and to
18 negotiate with the City with contracts and policies
19 and things like that.  That's the general purpose of
20 the association.
21   Q   And how long have you been a member of the
22 POA?
23   A   Since joining the police department.
24   Q   Now, you're pretty active in the POA, aren't
25 you?

Page 7

1    A   No.  Right now I'm just a dues-paying member.
2    Q   Well, previously did you hold any office
3  positions within the POA?
4    A   Yes, I did.
5    Q   And what position did you hold?
6    A   Secretary, vice president, and for a short
7  while, sergeant at arms.
8    Q   And --
9    A   I'm sorry.  Go ahead.
10   Q   I was just going to ask you.  Do you remember
11 the time period during which you were the secretary?
12   A   Well, I can answer this.  I was the secretary
13 the month of November of 2017.
14   Q   Okay.  That was -- I was going to follow up
15 with that.
16       In your position as secretary, what were your
17 duties as secretary?
18   A   To take notes during the membership meetings
19 and then to transfer those notes into the minutes and
20 then publish the minutes in the journal.
21   Q   Now, I'm going to direct your attention to a
22 meeting that the POA had in November of 2017 at the
23 Irish Cultural Center in which Chief Scott appeared.
24 Do you recall that meeting?
25   A   Yes, I do.

Page 8

1    Q   Were you the secretary, acting secretary at
2  that meeting?
3    A   I was.
4    Q   Did you take the minutes of that meeting?
5    A   I took notes during that meeting and then I
6  transcribed them into minutes, yes.
7    Q   Did you make any recordings of the meetings,
8  like audio or visual recordings?
9    A   No, sir.
10   Q   So I'm going to show you -- I'm going to
11 share the screen with you.  Can you see this?
12   A   I can, yes.
13   Q   And do you recognize this as the POA journal
14 from December of 2017?
15   A   I'm just looking for the date.
16   Q   I can make it bigger.
17   A   Yeah.
18   Q   Can you see it better that way?
19   A   No.  I don't see the date on there.
20   Q   It's --
21   A   Oh, I'm sorry.  Yes, I see it.  Yes,
22 November 2017, correct.  This issue would include the
23 minutes from a November of 2017 meeting.
24       MR. MULLANAX:  I'm just representing to Peter,
25 that -- Peter, what I did was I had the whole document



Page 9

1  and I just broke it down to three pages. It doesn't
2  have the minutes, if that's okay, otherwise I can just
3  introduce the whole thing.
4      MR. COWNAN: That's fine.
5      (Deposition Exhibit A marked.)
6  BY MR. MULLANAX:
7      Q   I'm going to mark this as Exhibit A. As you
8  can see, it's the cover of the POA journal from
9  December of 2017 on page 1. And we can go down to
10  page 2. It starts with the minutes of the
11  November 16th, 2017, general membership meeting.
12      Can you see that --
13      A   I can.
14      Q   -- officer?
15      A   Yes, sir.
16      Q   Do you recall -- do you remember Chief Scott
17  being present at that meeting?
18      A   Yes, I do.
19      Q   And do you recall if the promotional process
20  was a big issue with the POA at that time?
21      A   Yes, it was.
22      Q   And what was the talk about the promotions at
23  the time with the POA or the general feeling?
24      A   The general feeling was that the selection
25  process wasn't going in rank order, meaning that

Page 10

1  people were getting skipped on the list.
2      Q   Okay. And my understanding is that Chief
3  Scott became chief of the San Francisco Police
4  Department in January of 2017. Am I accurate in that
5  or do you know?
6      A   That sounds about right. I don't know that
7  that month is exactly when he came on, but it was
8  shortly before this meeting.
9      Q   Okay. And then this meeting, I believe in
10  October of 2017, there were promotions made. Do you
11  recall those rounds? I think there was sergeant and
12  lieutenant and probably captains at that time also.
13      A   I don't recall exactly when promotions were
14  made.
15      Q   Did the promotions, the promotions that
16  happened before this meeting which you testified that
17  a lot of people were concerned about, did that
18  promotional process seem different than had been
19  previously in the years leading up to that?
20      A   Well, so I'm a lateral. Like I said, I
21  joined the department in 2013, and I am not sure if
22  between the time I started and this round of
23  promotions, if there were promotions before. There
24  may have been. It's just I wasn't involved, so I
25  really didn't pay attention to it. So I don't know if

Page 11

1  there were promotions from the time he came on until
2  this round of promotions. There may have been, I
3  don't know.
4      Q   Okay. I'm going to scroll down. And can you
5  see this highlighted portion? I can enlarge it.
6      A   I can see it.
7      Q   Can you see it okay?
8      A   Yes, sir.
9      Q   It says, "Promotions: Chief Scott reminded
10  members he has an open-door policy for anyone who did
11  not get promoted. He stated the Rule of 10 will
12  continue and that everyone on the promotional list
13  will get promoted. More promotions will come in the
14  future." Is that what you wrote?
15      A   Yes, sir.
16      Q   And when you wrote this, at what time did you
17  write this in relation to when the meeting actually
18  happened?
19      A   So exactly when I wrote it, I don't know.
20  But what I can testify to is I'm the type of person
21  that does not sit on work. If I have work to do, I
22  like to get it done so I don't get backlogged. So
23  this meeting happened on a Thursday, and I most likely
24  had it done over the weekend and ready by that Monday
25  or Tuesday of that week, the following week. So I do

Page 12

1  it shortly thereafter.
2      Q   And when you compile the minutes, what do you
3  do with the minutes after you finish preparing them?
4      A   Generally, I would send a copy of the minutes
5  to Marty Halloran to review. It's always nice to have
6  a second set of eyes to look at your work for typos or
7  proper grammar, whatnot, and content, then I would
8  submit them.
9      Q   And who is Marty Halloran?
10      A   At the time he was the president of the POA.
11      Q   And do you remember what his rank was in the
12  police department at that time?
13      A   Sergeant inspector, maybe, or just sergeant,
14  one of the two.
15      Q   Okay. So did you have any feedback from
16  Sergeant Halloran after you submitted your minutes to
17  him?
18      A   I don't specifically recall.
19      Q   Okay. If you had, would you have made
20  changes or would you have all discussed changes that
21  he may have thought that needed to be made?
22      MR. COWNAN: Objection. Speculation.
23      Go ahead, sir.
24      THE WITNESS: I'm sorry, this is where -- I'm
25  used to criminal court. I'm waiting for a ruling.

Page 13

 1  Sorry.
 2       Let me say, Greg, repeat -- you don't mind me
 3  calling you by your first name, do you?
 4  BY MR. MULLANAX:
 5     Q   No, I don't mind at all.  I've been called a
 6  lot worse.
 7     A   Repeat the question, Greg.
 8     Q   My question is, the gist of it is, if
 9  Sergeant Halloran maybe had a dispute about what you
10  wrote or remembered something differently, would you
11  all have talked about it?  And if so, would you have
12  made changes to your minutes?
13       MR. COWNAN:  Same objection.
14       Go ahead.
15       THE WITNESS:  We would have talked about it
16  because I might have made a change.  One thing about
17  Marty Halloran, he has a tremendous memory.
18  BY MR. MULLANAX:
19     Q   I'm going to scroll back up on page 2 here.
20  And on the far right-hand column, it says that
21  President Halloran asked the Chief to explain the Rule
22  of 10.  And then he goes on to say here, "Chief Scott
23  explained the Rule of 10.  In summary, he can look at
24  candidates nine above the number of open positions.
25  Deputy chiefs reviewed all candidate's secondary

Page 14

 1  criteria and determined if a candidate was eligible or
 2  not eligible for promotion.  The chief then looks at
 3  the needs of the department.  He determines the
 4  diversity of experience, diversity of race, diversity
 5  of sex, and diversity of culture in determining who he
 6  selects."
 7       Did you write that portion of the minutes?
 8     A   Yes, I did.
 9     Q   Do you have a recollection -- were you there
10  when Chief Scott made these statements?
11     A   Yes.
12     Q   And you heard Chief Scott make these
13  statements?
14     A   Yes.
15     Q   And then just one -- the other highlighted
16  portion just says, "A board of director member asked
17  the chief if a candidate gets skipped a second time,
18  will they get more information as to why they got
19  skipped.  And Chief Scott stated that he picks from a
20  pool of candidates and not in rank order.  Rank order
21  is not the best route for the department."
22       Did you hear the chief make those statements
23  also?
24     A   Yes.
25     Q   And so this is an accurate description of

Page 15

 1  what you heard the chief say at that meeting in
 2  November of 2017?
 3     A   Yes.
 4     Q   Okay.  Now, let me just scroll down just so
 5  Peter and everyone else can see.
 6       The last page of this document, it appears to
 7  conclude the minutes.  And this is page 3 of the POA
 8  journal from December of 2017.  And it says -- I have
 9  it highlighted here -- "Submitted by Rick Andreotti,
10  Secretary."  Is that you?
11     A   Yes, sir.
12     Q   Now, after these meetings and after you
13  submit the minutes, I guess to the board, is there
14  some procedure where the board ratifies or approves
15  the minutes is submitted?
16     A   So at the following meeting the board will
17  approve the minutes from the prior month.
18     Q   Okay.  And do you remember if these minutes
19  were approved --
20     A   Yes, they were.
21     Q   -- by the board?
22       I'm sorry, I interrupted you?
23     A   Yes.  Yes, they were.
24     Q   Do you recall the reaction of the general
25  membership who attended the meeting of Chief Scott's

Page 16

 1  remarks regarding the promotional process?
 2     A   Somewhat.
 3     Q   And what do you recall about that?
 4     A   I just remember the reaction was, you know,
 5  people turning and looking at each other, kind of got
 6  a little quiet, almost, yeah, just looking at each
 7  other.
 8     Q   Did you talk to anybody about his comments
 9  after he made them?  And let me rephrase that.
10       Did you speak with anybody about Chief
11  Scott's comments about using race and gender in making
12  promotional decisions after the chief made those
13  comments?
14     A   I don't recall.  Normally I'm trying to pay
15  attention to what is being said so I can best
16  accurately document things that are said.
17     Q   And when you took those minutes, had you had
18  any alcohol that evening?
19     A   No, not at that point.  I don't believe I had
20  any that night.  But if I did, it would have been
21  towards the end of the meeting, when things slow down
22  a bit.
23     Q   Okay.
24     A   Certainly not during the chief's comments,
25  absolutely not.



Page 41

```
 1  that the notes are going to be marked as Exhibit B.
 2       And, Greg, I didn't go through the process of
 3  laying foundation for those.  Can we stipulate as to
 4  the authenticity of the documents?
 5       MR. MULLANAX:  Yes.  Mr. Andreotti, he said that
 6  those were his notes, so I don't have any problem with
 7  that.
 8       MR. COWNAN:  Great.  And I think we're done.
 9  Let's go off the record.
10       MR. MULLANAX:  Yeah, let's go off the record.
11       (Recess.)
12
13       (The deposition concluded at 10:51 a.m.)
14                      --oOo--
15
16
17
18
19
20
21
22
23
24
25
```

Page 42

```
 1              REPORTER'S CERTIFICATION
 2
 3       I, JODI L. BOSETTI, a Certified Shorthand
 4  Reporter of the State of California, do hereby
 5  certify:
 6       That the foregoing proceedings were taken before
 7  me at the time and place herein set forth; that any
 8  witnesses in the foregoing proceedings, prior to
 9  testifying, were duly sworn; that a record of the
10  proceedings was made by me using machine shorthand and
11  later transcribed into typewriting under my direction;
12  that the foregoing is a true record of the testimony
13  and proceedings taken at that time.
14       I further certify that I am not of counsel or
15  attorney for either or any of the parties to said
16  proceedings, nor in any way interested in the outcome
17  of the cause named in said caption.
18       IN WITNESS WHEREOF, I have this date subscribed
19  my name.
20  DATED:  January 24, 2022
21
22              [signature: Jodi L. Bosetti]
23       _____
24  JODI L. BOSETTI, CSR No. 11316, RPR
25
```

Page 43

```
 1              DEPOSITION ERRATA SHEET
 2
 3  Our Assignment No. J7782932
 4  Case Caption:  Schiff vs. City and County of SF
 5
 6         DECLARATION UNDER PENALTY OF PERJURY
 7
 8       I declare under penalty of perjury that I
 9  have read the entire transcript of my deposition taken
10  in the above-captioned matter or the same has been
11  read to me, and the same is true and accurate, save
12  and except for changes and/or corrections, if any, as
13  indicated by me on the DEPOSITION ERRATA SHEET
14  hereof, with the understanding that I offer these
15  changes as if still under oath.  Signed on the _____
16  day of _____, 20___.
17
18  _____
19       RICK ANDREOTTI
20
21
22
23
24
25
```

Page 44

```
 1              DEPOSITION ERRATA SHEET
 2
 3  Page No._____Line No._____Change
 4  to:_____
 5  _____
 6  Reason for
 7  change:_____
 8  Page No._____Line No._____Change
 9  to:_____
10  _____
11  Reason for
12  change:_____
13  Page No._____Line No._____Change
14  to:_____
15  _____
16  Reason for
17  change:_____
18  Page No._____Line No._____Change
19  to:_____
20  _____
21  Reason for
22  change:_____
23  Page No._____Line No._____Change
24  to:_____
25  _____
```

