# EXHIBIT H

## Page 1

```
 1          UNITED STATES DISTRICT COURT
 2         NORTHERN DISTRICT OF CALIFORNIA
 3  FREDERICK (RIC) SCHIFF; GLENN    )
    BRAKEL; ALICE DICROCE; JOSEPH    )
 4  EMANUEL; BRIAN GREER; CLAYTON    )
    HARMSTON; STEVEN HASKELL; MICAH  )
 5  HOPE; DANIEL KELLY; ALEXANDER    )
    LENTZ; BRANDON MCKELLEY; GERALD  )
 6  NEWBECK; DAVID O'KEEFFE;         )
    CHRISTOPHER RITTER; STEVEN UANG  )
 7  and THOMAS WALSH,                )
                                     )
 8          Plaintiffs,              )
                                     ) Case No.
 9       vs.                         ) 4:19-cv-03260-YGR
                                     )
10  CITY AND COUNTY OF SAN FRANCISCO;)
    GREG SUHR, individually; WILLIAM )
11  (BILL) SCOTT, individually; and  )
    DOES 1-20,                       )
12                                   )
            Defendants.              )
13  _____  )
14
15      (CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER)
16
17           DEPOSITION OF DAVID LAZAR
18        Taken on Friday, November 12, 2021
19                  1:04 p.m.
20             (Via Zoom conference)
21
22
23
24
    Reported by:  Michelle K. Seymour, RPR, CCR, CSR,
25  Arizona CCR #50710 / California CSR #5643
```

## Page 2

```
 1  Appearances:
 2
    For the Plaintiffs:
 3
         M. Greg Mullanax, Esq.
 4       LAW OFFICE OF M. GREG MULLANAX
         2140 North Winery Avenue, Suite 101
 5       Fresno, California 93703
         (559) 420-1222
 6       greg@lawmgm.com
 7
    For the Defendants:
 8
         Peter A. Cownan, Esq.
 9       OFFICE OF THE CITY ATTORNEY
         1390 Market Street, Fifth Floor
10       San Francisco, California 94102
         (415) 554-3863
11       peter.cownan@sfcityatty.org
12
    Also Present:
13
         Clayton Harmston
14       Frederick Schiff
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1                    I N D E X
 2
    Witness                                      Page
 3
    DAVID LAZAR
 4
    Examination by Mr. Mullanax                     4
 5
 6
 7
 8
                       Exhibits
 9
    Exhibit No. 1 for Id. (8 pages)                13
10   Sergeants Secondary Criteria Recommendations
11  Exhibit No. 2 for Id. (5 pages)                18
     Lieutenant Secondary Criteria Recommendations
12
    Exhibit No. 3 for Id. (1 page)                 20
13   Captain Secondary Criteria Recommendations
14
15
```

## Page 4

```
 1          DEPOSITION OF DAVID LAZAR
 2
 3       The deposition of DAVID LAZAR was taken
 4  pursuant to Notice before Michelle K. Seymour, an
 5  Arizona CCR, California CSR, on November 12, 2021,
 6  commencing at 1:04 p.m., with all parties appearing
 7  via Zoom conference.
 8       The following proceedings were had:
 9  Thereupon --
10          DAVID LAZAR,
11  was called as a witness by the Plaintiffs, and having
12  been first duly sworn by the Court Reporter, was
13  examined, and testified as follows:
14          THE WITNESS:  I do.
15               * * * * *
16          EXAMINATION
17  BY MR. MULLANAX:
18      Q.   Good afternoon, Chief.  Is it Lazar?  Am I
19  pronouncing your name correctly?
20      A.   Yes, Lazar.  David Lazar.
21      Q.   Where are you located right now?
22      A.   Right now, I'm located in my office at
23  police headquarters, 1245 3rd Street, on the Fifth
24  Floor.
25      Q.   As I said early earlier, my name is Greg
```



Page 5

1  Mullanax, I represent the plaintiffs in this case and
2  we're here to take your deposition here today.
3      And so, I just have a couple preliminary
4  questions.
5      Have you ever reviewed any documents in
6  preparation for your testimony today?
7    A.  No.
8    Q.  Have you been deposed before?
9    A.  Yes.
10    Q.  Do you know approximately how many times?
11    A.  Approximately, if I had -- well, I'm
12  guessing by saying three.
13    Q.  And I'm sure over your career you've
14  testified in court quite a bit, haven't you?
15    A.  Yes.
16    Q.  Okay.  The deposition today is, your
17  testimony is under oath, just like you were
18  testifying in court.  So just keep that in mind.
19      And also, I only want to ask you about your
20  personal knowledge about the subject.  So if you have
21  no knowledge, just tell us.  I don't want you to
22  speculate or guess about anything.
23      Do you understand that?
24    A.  Yes.
25    Q.  Also, if I ask you a question and you don't

Page 6

1  understand it, please let me know and I'll be happy
2  to re-ask it.
3      Do you understand that?
4    A.  Yes.
5    Q.  Okay.  And if you want to take a break for
6  any reason, let us know and we'll be happy to take a
7  break.
8    A.  Yes.  Okay.  Thank you.
9    Q.  Okay.  Can you hear me okay?
10    A.  Yes.
11    Q.  Okay.  Good.  First of all, what I'd like
12  to do -- if it's okay with Peter -- if you could just
13  give us a narrative of your career in the San
14  Francisco Police Department, starting at about when
15  you were hired, up to your position now.
16    A.  Okay.  That's the first half hour, so I
17  hope you're ready.
18    Q.  Okay.  I'm ready.
19    A.  A lot to it.  Okay.  So, I joined the San
20  Francisco Police Department on December 2nd, 1991.
21  And after graduating from the police academy, I went
22  to Central Police Station for field training.  And I
23  then, from there, went to the Tenderloin Task Force,
24  for probation as a patrol officer.  And then I went
25  to Taraval Station as a patrol officer.  Then, from

Page 7

1  there, I went to Potrero Station.  And from there, I
2  went to Mission Station.  At Mission Station, I was a
3  patrol officer and a field training officer.
4      In June of 1996, I was promoted to the rank
5  of sergeant where I was assigned to Ingleside Station
6  as a patrol sergeant for approximately two and a half
7  years, at which point I was promoted again to the
8  rank of inspector.
9      In January of 1999, I went to the street
10  enforcement, street crimes unit.  I think it was
11  called -- it wasn't -- it wasn't -- yeah, it was
12  called Night Enforcement.  So, Night Enforcement
13  Unit, I went there, spent a month there.  And from
14  there, I went to the general work detail,
15  investigating crime for a month during training
16  program as an investigator.  From there, I went to
17  the auto detail, investigating auto theft and auto
18  burglary.  And then after that, for the next two
19  years, I was in the Vice Crimes Division, where I
20  investigated those who solicited undercover decoy
21  female officers for prostitution and worked on
22  pimping cases for two years.
23      In May of 2001, I was promoted to the rank
24  of lieutenant, where I was assigned as a platoon
25  commander at Richmond Station, followed by Bayview

Page 8

1  Station, where I was a platoon commander and worked
2  on Operation Cease Fire.
3      I then was transferred to Southern Station
4  and was there for a little while, but then I was
5  selected for the police academy.  I was a director
6  for the police academy for another two years, at
7  which point I was transferred to the Field Operations
8  Bureau and started a program called Operation
9  Outreach, being the department's point person on all
10  homelessness, working with other city agencies in a
11  collaborative way to deal with homelessness.  I did
12  that for approximately, I think, two years.
13      I was a lieutenant for six and a half years
14  total, at which point, on January 12, 2008, I was
15  promoted to the rank of captain.  As the captain, I
16  served as the night supervising captain.  I did a
17  small stint as the commanding officer of Southern
18  Station.  I then went to the Investigations Bureau
19  again and worked as a captain of overseeing the
20  Family Services Division, which included domestic
21  violence and child abuse.  I then went to the
22  Personal Crimes Division, overseeing homicide,
23  robbery, and, again, task force.
24      In April of 2009, I transferred to
25  Ingleside Station as the captain, where I implemented



Page 9

1  some police reform at the time, about 47
2  recommendations on police reform. I spent a year
3  there. And then we had an issue with the crime lab
4  tech stealing drugs and I was transferred from
5  Ingleside Station to the Forensic Services Division
6  to address the problems there. I spent just a few
7  months there.
8      I went back to field operations, and then I
9  was promoted to rank of commander. So this is around
10  2010. As a commander, I oversaw the investigations,
11  at the time the Investigations Division. So if you
12  think about everything having to do with
13  investigations, all the units within that, I oversaw
14  that. That lasted for about ten months.
15      We got a new chief of police who put me
16  back to captain and made me in charge of the planning
17  for America's Cup, and also the Urban Area Security
18  Initiative, managing about $4 million of Homeland
19  Security funding for projects for the department. I
20  spent about 19 months there.
21      And then I went to the police academy
22  again, this time as the commanding officer of the
23  Training Division, where I spent about a year and a
24  few months.
25      And then, in May of 2014, I became the

Page 10

1  commanding officer of Central Police Station. So I
2  was the Central Station captain for nearly three
3  years, at which point Chief Scott came onboard and he
4  promoted me back to commander, where I started the
5  Community Engagement Division, where I was in charge
6  of the Community Engagement Division. I spent a year
7  to two and a half years as a commander.
8      In September of 20- -- in September of
9  2019, I was promoted to deputy chief. September 3rd,
10  2019, I was put in charge of the Investigations
11  Bureau, back to investigations again, where I spent a
12  year and a half.
13      In April of this year, I was moved over to
14  the Field Operations Bureau, where I'm currently the
15  deputy chief, in charge of field operations.
16      Of course, I've had numerous lateral
17  assignments, I've been an instructor at the academy,
18  and done a whole host of things in the organization.
19   Q.  It sounds like you're probably one of the
20  most experienced police officers in the police
21  department.
22   A.  It just worked out that way, yes.
23   Q.  That's an impressive career.
24   A.  December 2nd is my 30th -- I complete 30
25  years next month.

Page 11

1   Q.  Congratulations.
2   A.  Thank you.
3   Q.  That's something.
4      What I'd like to ask you is, back in 2017,
5  is that when you were promoted to deputy chief?
6   A.  I was promoted to commander on February
7  23rd, 2017.
8   Q.  And so you were commander, you were
9  promoted to commander then?
10   A.  Yes.
11   Q.  That was under Chief Scott?
12   A.  Yes.
13   Q.  And prior to that, had you ever been
14  involved in the promotional process, other than you
15  climbing the ladder, but being involved in
16  promotional process in terms of making
17  recommendations for promotions or anything like that?
18   A.  Not for recommendations, no.
19   Q.  Okay. What was your involvement in the
20  promotional process? Let's say at the time you
21  were -- let me rephrase that.
22      Until the time you were promoted to
23  commander in February of 2017, what had been your
24  involvement in the promotional process at that point?
25   A.  My only involvement is I served as a

Page 12

1  subject matter expert, over the years, maybe over a
2  15-year span. I'm getting the dates -- from the rank
3  of sergeant to the rank of captain, I helped
4  construct four promotional examinations as a subject
5  matter expert. But that was my only involvement in
6  the process, per se.
7   Q.  When you became commander in February 2017,
8  were you involved in promotional process at that
9  point?
10   A.  No.
11   Q.  What about after you were promoted to
12  commander?
13   A.  No.
14   Q.  When did you get involved in the
15  promotional process again?
16   A.  Once I was selected as a deputy chief.
17   Q.  And that was in September of 2019?
18   A.  Yes.
19   Q.  Okay. This may -- I'm just -- we only have
20  three exhibits with you, so it should go fairly
21  quickly. I just want to see if you can recognize any
22  of these.
23      And let me screen share this.
24      Can you see this document, Chief?
25   A.  Yes.



Page 13

1  Q.  And can you read it okay?  Is it clear to
2  you?
3  A.  Yes.
4  Q.  Okay.  Exhibit 1, let me just say for the
5  record, is an eight-page document, starting with page
6  CCSF-2097, and the last page of the exhibit is
7  20804.
8       (Exhibit 1 was marked and is attached
9        to the original transcript of the
10       deposition.)
11 BY MR. MULLANAX:
12 Q.  I'm going to go back to the first page of
13 the document.
14      And do you recognize this document?
15 A.  Yes.
16 Q.  What is it?
17 A.  This is a secondary criteria recommendation
18 sheet that I completed.
19 Q.  Okay.  And that's your handwriting on
20 there?
21 A.  Yes.
22 Q.  Do you know when you completed this form?
23 It's not dated is why I ask.
24 A.  I don't know the exact date offhand, but it
25 was sometime -- it was -- it was in my role as a

Page 14

1  deputy chief, so it had to have been after September
2  3rd, 2019.
3  Q.  And when did you fill out this form?  I
4  mean -- let me rephrase that.
5      We had testimony previously from others
6  that were involved with the committee, I guess,
7  commanders and stuff and deputy chiefs, that meet
8  together to go through the secondary criteria of the
9  applicants' files and then they fill out these
10 sheets.  Is that the case here?
11      MR. COWNAN:  Object to the form of the
12 question.
13      If you understand the question, you can
14 answer it.
15      THE WITNESS:  I understand it, but
16 that's not -- the answer is no.  It needs
17 clarification.  I can clarify it.  Or if you could
18 re-ask the question.  Because you said commanders.
19 There are no commanders involved.
20 BY MR. MULLANAX:
21 Q.  I apologize for that.  I call -- I've been
22 calling it, shorthand, the "promotional committee."
23 That may not be the name you all use, but were you
24 meeting with the committee or the group of people who
25 filled these out when you filled that one out?

Page 15

1  A.  Yes.  It's made up of deputy chiefs and
2  assistant chiefs.
3  Q.  Deputy chiefs and assistant chiefs.  And
4  what's the process that you go through when you're
5  filling out this form?  It doesn't have to be
6  specifically related to this Exhibit 1, but just
7  generally what's the process that you use when you
8  fill out this form?
9  A.  The process is that you are quietly handed
10 an envelope, which is the secondary criteria package,
11 and you, being on the committee, you open up the
12 envelope, you review its contents, and then you
13 complete this sheet.
14 Q.  And who else is in the room with you when
15 this is going on?
16 A.  The staff services or human resources
17 manager, Ben Houston, who facilitates the process,
18 and then it's deputy chiefs and assistant chiefs who
19 are available for this, for this work.
20 Q.  Now, when you're going through and
21 reviewing the secondary criteria, do you converse
22 with the other members of that committee when filling
23 out this form?
24 A.  No.  There's no -- there's no -- well, can
25 you rephrase the question?

Page 16

1  Q.  Yeah.  I'm sorry.  I should have been more
2  specific.
3      When you're going through the secondary
4  criteria, and I presume you have this form in front
5  of you, do you discuss with the other members of the
6  committee anything about the candidates that you're
7  reviewing?
8  A.  I would say, generally speaking, no.
9  Q.  When you go through -- and could you,
10 please, just for the record, could you tell us what
11 secondary criteria is?
12 A.  A secondary criteria is that after a
13 candidate for promotion takes the promotional
14 examination and scores on the civil service list,
15 then there are -- secondary criteria is actually the
16 next phase of their selection process, whereby they
17 are required to complete some documents, attach some
18 documents related to their experience, training,
19 employment history, and that gets reviewed by the
20 committee that you've identified.
21 Q.  Okay.  And if we go back and look at
22 Exhibit 1.  Is this the form that you fill out when
23 you're reviewing those documents, the secondary
24 criteria documents?
25 A.  Yes.



Page 21

1 [redacted]
...
23   MR. COWNAN:  I may need the answer
24   clarified.  When you say no, do you mean you know or
25   you don't know?

Page 22

1       THE WITNESS:  Oh, I'm sorry.  I don't
2  know, either way, whether someone either paid
3  attention to my note or followed up on it or anything
4  after I wrote it.
5       MR. COWNAN:  Thank you, Chief.
6  BY MR. MULLANAX:
7     Q.   Now, after you completed these, or went
8  through this process, did you ever have any
9  discussions with Chief Scott about the promotions?
10    A.   No.
11    Q.   Did he ever ask you or did you ever say to
12 Chief -- or make any comments to Chief Scott about
13 any of the particular applicants?
14    A.   No.
15    Q.   Do you have an understanding of what
16 happens after you complete this form in the
17 promotional process?
18    A.   Yes.
19    Q.   What's your understanding of what happens
20 after you complete this part?
21    A.   My understanding is that the Chief will
22 review our comments, written in a secondary criteria
23 recommendations form.  He'll have discussions at the
24 assistant chief level, and then he'll make his
25 decision.  And that's essentially to the extent that

Page 23

1  I understand the process.  The deputy chiefs aren't
2  involved in that part of the conversation.
3     Q.   I'm sorry.  What was that, again?
4     A.   Deputy chiefs, someone at my rank, are
5  not -- or, I could speak for me.  I'm not involved in
6  anything beyond, no discussion or decisions beyond
7  what I do here in this process.
8     Q.   And did you just say that other people have
9  discussions with the chief on this promotional
10 decisions?
11    A.   Yeah.  I'm -- and I'm just spec -- I can't
12 speculate.  What I understand is that there is a --
13 there may be discussions that happen.  Or, actually,
14 you know what, it's speculation, so I'm going to
15 strike what I said.
16         I believe -- I believe that assistant
17 chiefs have a conversation with the chief, but, you
18 know, I don't know for a hundred percent, nor have I
19 been privy to those conversations, nor have I ever
20 been told those conversations take place.  This is
21 all speculation in my head.  So, to your point,
22 Mr. Mullanax, it doesn't count.  It's speculation.
23 All I know is I'm not involved in any of it, nor is
24 anybody discussing this stuff with me.
25    Q.   Now, in the 2017 round of promotional

Page 24

1  decisions, you weren't involved in the promotional
2  process then, but in your time there at the police
3  police department, did you hear of any complaints
4  from officers about the results of the promotional
5  process in 2017?
6     A.   Not that I remember.
7        MR. MULLANAX:  Okay.  Could we take --
8  Peter, it's about 1:29.  Could we take maybe a
9  five-minute break?  And I think we'll be able to wrap
10 it up pretty quickly.
11       MR. COWNAN:  Let's go off the record.
12       MR. MULLANAX:  Okay.  Let's go off the
13 record.
14       (There was a break taken at 1:29 p.m.
15       until 1:36 p.m.)
16 BY MR. MULLANAX:
17    Q.   Chief, do you know what the "rule of ten"
18 is?
19    A.   Yeah, I have a general understanding of the
20 rule of ten.
21    Q.   What's your understanding of the rule of
22 ten?
23    A.   My own personal understanding may not be a
24 hundred percent accurate, is that the selection
25 officer, the appointing officer of the organization,



Page 25

1  maybe, in this case, the chief of our department, can
2  select within that ten, that first ten, and once
3  selections are made, the band starts to drop and that
4  number starts to expand. But generally speaking, the
5  rule of ten, names for selection.
6      Q.  Prior to, I guess, 2019, were you ever
7  involved in the promotional process in terms of
8  looking at the list, the promotional list, and
9  figuring out the rule of ten and which order to go?
10     A.  No.
11     Q.  Were you ever involved in it after you
12 became assistant chief?
13     A.  Deputy chief?
14     Q.  Deputy chief. I'm sorry. Deputy chief.
15     A.  No.
16     Q.  Now, back in 2017, there was a, I think, a
17 women's group involved -- members of the San
18 Francisco Police Department had a women's group, that
19 they would meet occasionally. And are you aware of
20 that group?
21     A.  Vaguely.
22     Q.  Well, there's been an allegation made there
23 that Chief Scott spoke to that group in 2017 and
24 talked about the promotional process. Do you recall
25 ever attending a meeting like that with Chief Scott?

Page 26

1      A.  No.
2      Q.  You don't have any recollection at all?
3      A.  I have no -- I don't remember attending --
4  I mean, I attend a lot of meetings. But I don't
5  remember attending a women's group meeting with the
6  chief where the topic of promotions came up. I just
7  cannot -- I know I said no, but I just do not
8  remember.
9      Q.  There was a meeting with the Police
10 Officers Association in November of 2017 at which
11 Chief Scott attended. Do you recall that you
12 attended that meeting with him, with Chief Scott?
13     A.  I would have to say no. But I don't
14 remember, no.
15     Q.  All right. I think that's all I have.
16 Thank you for your appearance here today.
17     A.  Thank you. Very nice to meet you.
18     Q.  Nice to meet you, too.
19         MR. COWNAN:  Thank you.
20         Madam Court Reporter, City will take an
21 electronic copy.
22         (The taking of the deposition was
23         concluded at 1:39 p.m.)
24
25

Page 27

1              Certificate of Deponent
2
3      I, DAVID LAZAR, Deponent herein, do hereby
4  declare under penalty of perjury that I have read the
5  foregoing deposition and that, to the best of my
6  knowledge, said deposition is true and accurate (with
7  the exception of the following corrections listed
8  below), and affix my signature to said deposition.
9
10 Page    Line           Correction
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20
21     I declare under penalty of perjury that the
22 foregoing is true and correct.
23
   _____           _____
24 DATE                          DAVID LAZAR
25

Page 28

1              CERTIFICATE OF REPORTER
2
3      BE IT KNOWN that the foregoing proceedings
4  were taken before me, Michelle K. Seymour, that the
5  witness before testifying was duly sworn by me to
6  testify to the whole truth; that the foregoing 27
7  pages are a full, true and accurate record of the
8  proceedings, all done to the best of my skill and
9  ability; and that the proceedings were taken down by
10 me in shorthand and thereafter reduced to print under
11 my direction.
12     I CERTIFY that I am in no way related to
13 any of the parties hereto nor am I in any way
14 interested in the outcome hereof.
15     Dated at Flagstaff, Arizona, this 17th day
16 of November, 2021.
17
18
19         _____
20         Michelle K. Seymour / Registered
21         Reporter / Arizona Certified Reporter
           No. 50710 / California CSR No. 5643
22
23
24
25

