# EXHIBIT I

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3
 4  FREDERICK (RIC) SCHIFF;
    GLENN BRAKEL; ALICE DICROCE;
 5  JOSEPH EMANUEL; BRIAN GREER;
    CLAYTON HARMSTON; STEVEN
 6  HASKELL; MICAH HOPE; DANIEL
    KELLY; ALEXANDER LENTZ;
 7  BRANDON McKELLEY; GERALD
    NEWBECK; DAVID O'KEEFFE;
 8  CHRISTOPHER RITTER; STEVEN
    UANG and THOMAS WALSH,
 9
        Plaintiff,
10
        vs.            Case No. 4:19-cv-03260-YGR
11
    CITY AND COUNTY OF SAN
12  FRANCISCO; GREG SUHR,
    individually; WILLIAM
13  (BILL) SCOTT, individually;
    and DOES 1-20,
14
        Defendants.
15  ~~~~~~~~~~~~~~~~~~~~~~~~~~~
16
17        REMOTE CONFIDENTIAL DEPOSITION OF
18                  ANN MANNIX
19
20              September 28, 2021
21                 1:09 p.m.
22
23               Mill Valley, CA
24
25  Susan F. Magee, RPR, CCRR, CLR, CSR No. 11661
```

Page 2

```
 1  APPEARANCES:
 2      For the Plaintiffs:
 3          LAW OFFICE OF M. GREG MULLANAX
 4          M. GREG MULLANAX, ESQ.
 5          (Appearing via teleconference)
 6          2140 North Winery Avenue
 7          Suite 101
 8          Fresno, CA 93703
 9          (559) 420-1222
10          greg@lawmgm.com
11
12      For the Defendant:
13          OFFICE OF THE CITY ATTORNEY, CITY AND COUNTY OF
14          SAN FRANCISCO
15          PETER A. COWNAN, ESQ.
16          (Appearing via teleconference)
17          1390 Market Street
18          Fifth Floor
19          San Francisco, CA 94102
20          (415) 554-3863
21          peter.cownan@sfcityatty.org
22
23      Also Present (Appearing via teleconference):
24          FREDERICK SCHIFF
25                  --o0o--
```

Page 3

```
 1              INDEX OF EXAMINATION
 2  WITNESS: ANN MANNIX, Volume I
 3  EXAMINATION                               PAGE
 4  BY MR. MULLANAX                             5
 5              --o0o--
```

Page 4

```
 1              INDEX OF EXHIBITS
 2  EXHIBITS                                  MARKED
 3  Exhibit 1  Q-50 Sergeants Secondary Criteria   12
 4             Recommendations, CCSF 020789-020796
 5  Exhibit 2  Q-50 Sergeants Secondary Criteria   16
 6             Recommendations, CCSF 031654-031657
 7  Exhibit 3  Q-60 Lieutenant Secondary Criteria  19
 8             Recommendations, CCSF 020834-020838
 9  Exhibit 4  Q-80 Captain Secondary Criteria     20
10             Recommendations, CCSF 020860
11              --o0o--
```



Page 5

```
 1            Tuesday, September 28, 2021
 2                     1:09 p.m.
 3
 4                   ANN MANNIX,
 5  having been administered an oath, was examined and
 6  testified as follows:
 7
 8             EXAMINATION BY MR. MULLANAX
 9
10     Q.  Good afternoon, Chief Mannix.  My name is
11  Greg Mullanax and I represent Rick Schiff and about 15
12  other clients that have sued the City and County of
13  San Francisco regarding a promotional process, and
14  that's what we're here to depose you about today just to
15  find out what you know about it.  I'm just going to go
16  over a couple of brief things.
17         First of all, have you been deposed before?
18     A.  Yes.
19     Q.  And how often have you been deposed or how many
20  times?
21     A.  Less than five.
22     Q.  And the main thing to remember about the
23  deposition today is that your testimony is under oath
24  just as if you're testifying in court before a judge and
25  a jury.
```

Page 6

```
 1         Do you understand that?
 2     A.  Yes.
 3     Q.  And the other important thing is if I ask you a
 4  question and you don't understand it for any reason,
 5  please let me know, and I'll be happy to rephrase the
 6  question.
 7         Do you agree to do that?
 8     A.  Yes.
 9     Q.  Okay.  And the reason for that is because if
10  you answer a question, it will be presumed later on that
11  you understood it.  And sometimes I might get
12  tongue-tied or something, and if you don't understand a
13  question, just please let me know.
14     A.  Will do.
15     Q.  First of all, are you currently employed?
16     A.  I am not.  Well, I kind of am.  I've been --
17  retired in June and rehired as what they call a 960, a
18  temporary employee with the police department.
19     Q.  And you retired in June of 2021?
20     A.  Correct.
21     Q.  Well, congratulations on that.
22     A.  Thank you.
23     Q.  What was your last job title with the
24  San Francisco Police Department before your -- when you
25  retired?
```

Page 7

```
 1     A.  I was deputy chief in charge of the special
 2  operations division of the police department.
 3     Q.  What was your date of hire with the police
 4  department?
 5     A.  9/2 of '86.
 6     Q.  So you had a really long career.
 7         How many -- that's 30-something years, isn't
 8  it?
 9     A.  34 years.
10     Q.  34 years.
11         Now, was your first -- after you got out of the
12  academy and you -- I guess you go through your
13  probationary period.  Is that what they call it?
14     A.  Well, you go into field training.  Then you go
15  into a probationary period.  It's all probationary
16  period.  The field training is the first thing you do.
17     Q.  And after you completed all that, you became a
18  patrol officer?
19     A.  Sorry in advance.  Yes.
20     Q.  That's okay.  Okay.  And where were you
21  stationed at the time?
22     A.  As a patrol officer?
23     Q.  Yes, ma'am.
24     A.  I was -- I trained at Central.  I was at Park.
25  I was at Bay View.  And then I was at the tactical
```

Page 8

```
 1  company.
 2     Q.  And at some point I presume you were promoted
 3  to sergeant; is that correct?
 4     A.  Correct.
 5     Q.  Do you remember when that was?
 6     A.  I'm pretty sure it was 1998.
 7     Q.  Who was the police chief back then, do you
 8  recall?
 9     A.  I think it was Fred Lau.
10     Q.  And after you were promoted to sergeant, where
11  were you assigned?
12     A.  I was in -- I was pregnant.  I have to look at
13  my résumé.  I think that was 1997 I was promoted.  And I
14  was pregnant so I was sent to the permit detail.
15     Q.  Okay.  And regarding dates and things like
16  this, when I'm asking you your background, it's okay if
17  you don't remember the exact dates.  We're not holding
18  you to anything.  I'm just trying to get an idea of your
19  career.
20     A.  Okay.
21     Q.  And so how long were you a sergeant?
22     A.  Approximately ten years.
23     Q.  And then at that point were you promoted to
24  lieutenant?
25     A.  Yes.  Well, we take promotional exams all the
```



ANN MANNIX
SCHIFF V CITY OF SAN FRANCISCO

September 28, 2021
9–12

Page 9

1  way up to the rank of captain.  I took the promotional
2  exam for lieutenant, yes.
3      Q.  And when were you promoted to lieutenant?
4      A.  I don't have my résumé in front of me.
5      Q.  Well, if it was ten years, probably around --
6      A.  It was probably 2005.
7      Q.  2005.  Okay.
8      A.  Maybe not.
9      Q.  Do you remember where you were assigned after
10  you were promoted to lieutenant?
11     A.  I worked patrol and I was at -- my first
12  assignment was Taraval Station, then Park Station and
13  then Southern Station.
14     Q.  When was your next promotion?
15     A.  I was promoted to captain -- I'm pulling up my
16  résumé right now -- captain of police in November of
17  2009.
18     Q.  Okay.  And where were you assigned at that
19  point?
20     A.  Initially I was assigned for three years to
21  Northern Police Station.
22     Q.  And at some point you were promoted after that;
23  is that right?
24     A.  Well, I was moved before I was promoted for
25  another year or so, January to June.  Year and a half to

Page 10

1  the -- I'm sorry.  Wrong date.  I went to the tactical
2  company after Northern Police Station for another year
3  or a little over a year.
4      Q.  And then you were promoted --
5      A.  Excuse me.  2-1/2 years.  I'm sorry.
6      Q.  That's all right.
7      A.  I was promoted to commander in January of 2015.
8      Q.  And then when were you promoted to deputy
9  chief?
10     A.  Deputy chief I was promoted in September of
11  2019.  Or no.  That was special ops.  I'm sorry.
12         I went to operations bureau in November of '18.
13  It's hard to look at a résumé on your phone.
14     Q.  That's right.  It's hard looking at almost
15  anything on your phone, at least at my age.
16         So you were promoted in 2019 to deputy chief;
17  is that right?
18     A.  I was put in charge of the operations bureau as
19  deputy chief in November of 2018.
20     Q.  Okay.  And did Chief Scott appoint you to that
21  position?
22     A.  Yes.
23     Q.  Now, in your position as deputy chief, were you
24  involved in the promotional process?
25     A.  Yes.

Page 11

1      Q.  And how were you involved in the promotional
2  process?
3      A.  Deputy chiefs would convene to review
4  applicants' -- or candidates, excuse me -- files.
5      Q.  And are those the secondary criteria files?
6      A.  Yes.
7      Q.  What is secondary criteria?
8      A.  It's everything you've done in your career
9  beyond your testing.
10     Q.  And that would include things like college
11  degrees or other special training and things like that?
12     A.  Yes.
13     Q.  And when you said that the deputy chiefs would
14  get together to review the secondary criteria, did y'all
15  actually have a meeting when this was going on?
16     A.  We were -- we were in a room with no other
17  contact where we reviewed the files.  There was someone
18  from DHR sat in the room with us where we all
19  independently reviewed files of potential applicants.
20     Q.  Now, did -- was there any discussion amongst
21  the deputy chiefs about different candidates that were
22  on the list?
23     A.  No.  The only time we spoke aloud was if there
24  was a question on an Internal Affairs matter and only if
25  it was recent.  And in those cases we would contact

Page 12

1  Internal Affairs directly to get clarification.  That
2  was the only conversation.
3          MR. MULLANAX:  Okay.  And then when you
4  finished this process -- well, let me just go ahead and
5  pull up the first exhibit and I think we can do that.
6          I'm going to pull up what I'm marking as
7  Exhibit No. 1.  And it's an eight-page document.
8          (Exhibit 1, Q-50 Sergeants Secondary Criteria
9  Recommendations, CCSF 020789-020796, marked for
10  identification.)
11         MR. MULLANAX:  I need to share it.  Maybe that
12  would be helpful.  Can you all see this document on your
13  screen?
14         MR. COWNAN:  I can.
15         Chief, can you?
16         THE WITNESS:  Yes.
17 BY MR. MULLANAX:
18     Q.  And this document is an eight-page document,
19  Exhibit 1, and it's from CCSF pages 20789 through 20796.
20         Now, Chief, do you recognize this document?
21     A.  I do.
22     Q.  And what is this document?
23     A.  This is what we use to review the candidates.
24     Q.  Okay.  Do you recognize the handwriting on this
25  document?



ANN MANNIX
SCHIFF V CITY OF SAN FRANCISCO

September 28, 2021
13–16

Page 13

1   A. Yes.
2   Q. And is that your handwriting?
3   A. Yes.
4   Q. Did you complete this form while you were in
5   one of these meetings with the other deputy chiefs?
6   A. Yes.
7   Q. And this specifically refers to the Q-50
8   sergeants' promotion; is that correct?
9   A. That is correct. I'm looking for some -- yes.
10   Q. Let's see. I'm just scrolling through it to
11   see if -- make sure it appears that it's your
12   handwriting on all of them. I think it is.
13       But now, so during this meeting, you would
14   complete this form.
15       And the information you put in the comment
16   section, is that information you gleaned from the
17   candidate's secondary criteria file?
18   A. That -- what we have -- what we have to look at
19   in the room is a secondary criteria file, the discipline
20   file and the training file, as I recall.
21   Q. Okay. And so this information you would get
22   from one of those files that you filled in; is that
23   right?
24   A. Yes.
25   Q. Now, did you have in your mind when you're

Page 14

1   looking at -- like, for example, the sergeants' part,
2   did you have in your mind what you thought minimum
3   qualifications would be to recommend promotion?
4       MR. COWNAN: I object to the form.
5       But you can answer the question if you
6   understand it.
7       THE WITNESS: No.
8   BY MR. MULLANAX:
9   Q. Okay. On here if we look at page 1 of
10   Exhibit 1, on number 4 there's the name Micah Hope.
11       Do you see that?
12   A. Yes.
13   Q. There -- your comments there, I'm just
14   interested, looks like "11-plus years patrol"; is that
15   right?
16   A. Yes.
17   Q. And that's --
18   A. And "special ed assignments."
19   Q. And "special ed assignments." Okay.
20       And it says, "Long discipline history. Most
21   cleared."
22   A. Mm-hmm.
23   Q. Does that mean that, if they may be
24   disciplined, they would have been investigated by
25   Internal Affairs, most complaints were not sustained?

Page 15

1   It that what that means? Or what do you mean by that
2   statement?
3   A. I have to look at the Internal Affairs
4   paperwork.
5   Q. Okay. You don't have any independent
6   recollection of that one?
7   A. No.
8   Q. Do you know Micah Hope?
9   A. No.
10   Q. And the next sentence says "Strange."
11       Is that "Strange letter attached to secondary
12   criteria form"?
13   A. Yes. That's my chicken scratch, yes.
14   Q. Do you have any independent recollection of
15   that part of your comments?
16   A. No.
17   Q. Okay. And then after you're finished
18   completing this document, what do you do with it?
19   A. We sit around a table, we review all the
20   documents and compile our evaluation and then put it all
21   back in the envelope and pass it on to the next deputy
22   chief.
23   Q. So when you finish yours, it goes in an
24   envelope and then it goes to the next deputy chief for
25   review.

Page 16

1       And after that review process is completed by
2   the deputy chiefs, do you know what happens with that
3   information then?
4   A. It's my understanding it goes to the assistant
5   chiefs and chief.
6   Q. Did you ever have any conversations with any of
7   the assistant chiefs about any of these promotional
8   candidates?
9   A. No.
10   Q. Did you ever have a conversation with
11   Chief Scott about any of the promotional candidates?
12   A. No.
13   Q. So I guess it's safe to say that once you
14   completed this document and put it in the envelope,
15   that's the last involvement you have in the promotional
16   process?
17   A. Yes.
18       MR. MULLANAX: Okay. Now I'm pulling up what
19   I'm going to mark as Exhibit 2. And that's a four-page
20   document starting with CCSF 031654, and it is on
21   page CCSF 031657.
22       (Exhibit 2, Q-50 Sergeants Secondary Criteria
23   Recommendations, CCSF 031654-031657, marked for
24   identification.)
25



ANN MANNIX  
SCHIFF V CITY OF SAN FRANCISCO

September 28, 2021  
25–28

### Page 25

```
 1   transcript on the record, and then I think we can agree
 2   to go off.
 3           MR. MULLANAX:  Yeah.  We're off the record.
 4
 5           (The remote confidential deposition concluded
 6   at 1:41 p.m.)
 7                   --o0o--
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

### Page 26

```
 1                   REPORTER'S CERTIFICATION
 2
 3           I, Susan F. Magee, RPR, CCRR, CLR, Certified
 4   Shorthand Reporter, in and for the State of California,
 5   do hereby certify:
 6           That the foregoing witness was by me duly
 7   sworn; that the remote confidential deposition was then
 8   taken before me at the time and place herein set forth;
 9   that the testimony and proceedings were reported
10   stenographically by me and later transcribed into
11   typewriting under my direction; that the foregoing is a
12   true record of the testimony and proceedings taken at
13   that time.
14           IN WITNESS WHEREOF, I have subscribed my name
15   this 5th day of October 2021.
16
17
18           _____
19
20           Susan F. Magee, RPR, CCRR, CLR
             CSR No. 11661
21
22
23
24
25
```

### Page 27

```
 1            REMOTE CONFIDENTIAL DEPOSITION ERRATA SHEET
 2   Our Assignment No. J7435166
 3   Case Caption:  Frederick (Ric) Schiff, et al. vs. City
     and County of San Francisco, et al.
 4
 5            DECLARATION UNDER PENALTY OF PERJURY
 6
 7           I declare under penalty of perjury that I have
 8   read the entire transcript of my remote confidential
 9   deposition taken in the captioned matter or the same has
10   been read to me, and the same is true and accurate, save
11   and except for changes and/or corrections, if any, as
12   indicated by me on the CONFIDENTIAL DEPOSITION ERRATA
13   SHEET hereof, with the understanding that I offer these
14   changes as if still under oath.
15           Signed on the _____ day of _____,
16   2021.
17
18
19
20                           _____
21                                       ANN MANNIX
22
23
24
25
```

### Page 28

```
 1             CONFIDENTIAL DEPOSITION ERRATA SHEET
 2   Page No._____Line No._____Change to:_____
     _____
 3
 4   Reason for change:_____
 5   Page No._____Line No._____Change to:_____
     _____
 6   Reason for change:_____
 7   Page No._____Line No._____Change to:_____
     _____
 8   Reason for change:_____
 9   Page No._____Line No._____Change to:_____
     _____
10   Reason for change:_____
11   Page No._____Line No._____Change to:_____
     _____
12   Reason for change:_____
13   Page No._____Line No._____Change to:_____
     _____
14   Reason for change:_____
15   Page No._____Line No._____Change to:_____
     _____
16   Reason for change:_____
17   Page No._____Line No._____Change to:_____
     _____
18   Reason for change:_____
19   Page No._____Line No._____Change to:_____
     _____
20   Reason for change:_____
21   Page No._____Line No._____Change to:_____
     _____
22   Reason for change:_____
23   Page No._____Line No._____Change to:_____
     _____
24   Reason for change:_____
25   SIGNATURE:_____DATE:_____
                         ANN MANNIX
```