# EXHIBIT K

## Page 1

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                       -oOo-
 4   Frederick (Ric) Schiff;      )
     Glenn Brakel; Alice          )
 5   Dicroce; Joseph Emanuel;     )
     Brian Greer; Clayton         )
 6   Harmston; Steven Haskell;    )
     Micah Hope; Daniel Kelly;    )
 7   Alexander Lentz; Brandon     )
     McKelley; Gerald Newbeck;    )
 8   David O'Keeffe; Christopher  )
     Ritter; Steven Uang and      )
 9   Thomas Walsh,                )
                                  )
10          Plaintiff,             )
                                  ) Case 4:19-CV-03260-YGR
11   v.                           )
                                  )
12   City and County of San       )
     Francisco; Greg Suhr,        )
13   individually; William        )
     (Bill) Scott, individually;  )
14   and DOES 1-20,               )
                                  )
15          Defendants.            )
     _____)
16
17      VIDEOCONFERENCED DEPOSITION OF ROBERT MOSER
18   ** Confidential Pursuant to the Protective Order **
19
20                  Taken via Zoom
21             On Thursday, October 21, 2021
22                  At 10:04 a.m.
23
24
25   Reported by:  Emily A. Gibb, RPR, CSR, CCR
```

## Page 2

```
 1              A P P E A R A N C E S
 2   For the Plaintiffs:
 3        M. Greg Mullanax, Esq.
          LAW OFFICE OF M. GREG MULLANAX
 4        2140 North Winery Avenue
          Suite 101
 5        Fresno, California  93703
          (559) 420-1222
 6        greg@lawmgm.com
 7
     For the Defendants:
 8
          Peter A. Cownan, Esq.
 9        Caroline Page, Esq.
          OFFICE OF THE CITY ATTORNEY
10        1390 Market Street
          Fifth Floor
11        San Francisco, California  94102
          (415) 554-4700
12        peter.cownan@sfcityatty.org
          caroline.page@sfcityatty.org
13
14   Also Present:
15        Frederic Schiff
16        Alice DiCroce
17        Clayton Harmston
18
19                    * * *
```

## Page 3

```
 1                 I N D E X
 2   ROBERT MOSER                              PAGE
 3   Examination By Mr. Mullanax                 5
 4
 5                   * * *
 6
              E X H I B I T S
 7
     EXHIBIT      DESCRIPTION                  PAGE
 8
     Exhibit 1 -  ** CONFIDENTIAL PURSUANT TO   11
 9                PROTECTIVE ORDER ** Q-50
                  Secondary Criteria
10                Recommendations, Name: Bob
                  Moser [CCSF 008611-623]
11
     Exhibit 2 -  ** Confidential Pursuant To The  14
12                Protective Order ** Q-60
                  Secondary Criteria
13                Recommendations - Name: Moser
                  [CCSF 008751-755]
14
     Exhibit 3 -  ** Confidential Pursuant To The  16
15                Protective Order ** Q-80
                  Captains Secondary Criteria
16                Recommendations - Name: Moser
                  [CCSF 008820-21]
17
     Exhibit 4 -  ** Confidential Pursuant To The  16
18                Protective Order ** Q-50
                  Sergeants Secondary Criteria
19                Recommendations, Name: Moser
                  [CCSF 008695-701]
20
     Exhibit 5 -  ** Confidential Pursuant to    17
21                Protective Order ** Q-60
                  Lieutenants Secondary Criteria
22                Recommendations, Name: Moser
                  [CCSF 008788-8790]
```

## Page 4

```
 1           E X H I B I T S (Continued)
 2   EXHIBIT      DESCRIPTION                  PAGE
 3   Exhibit 6 -  ** Confidential Pursuant to    18
                  Protective Order ** Q-80
 4                Captains Secondary Criteria
                  Recommendations, Name: Moser
 5                [CCSF 008845-46]
 6   Exhibit 7 -  November 20, 2018 Email from   19
                  Bob Moser Re: Promotion
 7                Demographics
                  [CCSF 030163-30167]
 8
     Exhibit 8 -  December 4, 2018 Email from Bob 25
 9                Moser Re: Promotion
                  Demographics
10                [CCSF 030168-301740]
11   Exhibit 9 -  ** Confidential/Attorney Client  29
                  Privilege ** Q-50 Sergeants
12                Secondary Criteria
                  Recommendations
13                9CCSF 020821-828]
14   Exhibit 10 - ** Confidential/Attorney Client  30
                  Privilege ** Q-50 Sergeants
15                Secondary Criteria
                  Recommendations
16                [CCSF 031650-1653]
17   Exhibit 11 - ** Confidential/Attorney Client  32
                  Privilege ** Q-60 Lieutenant
18                Secondary Criteria
                  Recommendations
19                [CCSF 020854-858]
20   Exhibit 12 - ** Confidential/Attorney Client  33
                  Privilege ** Q-80 Captain
21                Secondary Criteria
                  Recommendations [CCSF 020864]
22   ///
23   ///
24   ///
25   ///
```



Page 5

1      P R O C E E D I N G S
2              -o0o-
3   Thereupon --
4           Robert Moser,
5   was called as a witness, and having been first duly
6   sworn to tell the truth, the whole truth, and nothing
7   but the truth, testified as follows:
8
9              EXAMINATION
10  BY MR. MULLANAX:
11      Q.  Good morning, Chief Moser.  My name is Greg
12  Mullanax and I represent the plaintiffs in this case
13  and we're here to take your deposition today.  I
14  think we'll be done in less than an hour, so
15  hopefully that won't cause you too much problem in
16  your daily schedule.
17          But first of all, I'd like to ask you:  Did
18  you review any documents in preparation for your
19  deposition testimony today?
20      A.  I did not.
21      Q.  Okay.  Do you -- have you been deposed
22  before?
23      A.  Yes.
24      Q.  How -- how many times have you been deposed,
25  do you remember?

Page 6

1      A.  I don't remember the exact number.  Probably
2   around five.
3       Q.  Okay.  Just to remind you, and I'm sure
4   you've testified in court several times over your
5   career, but your testimony today is under oath and it
6   has the same force and effect as if you were
7   testifying in court before a judge and a jury.
8           Do you understand that?
9       A.  I do.
10      Q.  Okay.  And just another admonition, I guess.
11  If I ask you a question and you don't understand it,
12  please let us know.  If -- if you answer a question,
13  it will be presumed later on that you understood it.
14          Does that make sense?
15      A.  Yes.
16      Q.  Okay.  And also, don't want you to speculate
17  on anything.  So if I ask you a question today and
18  you don't know the answer, don't have any personal
19  knowledge, it's perfectly acceptable to tell us that
20  and say you don't know.
21          Do you understand that?
22      A.  Yes.
23      Q.  Okay.  First of all, as we get started, I'd
24  like to -- could you give us just a general brief
25  background of your employment with the San Francisco

Page 7

1   Police Department?  For example, when were you hired
2   by the SFPD?
3       A.  I was hired in January of 1995.
4       Q.  And could you give us a brief overview of
5   your career with the San Francisco Police Department?
6       A.  Sure.  I spent approx -- approximately seven
7   years as a patrol officer assigned to downtown, say,
8   well, I was assigned to Northern Station, and then I
9   spent a significant amount of time at Southern
10  Station as a patrol officer.
11          Promoted to sergeant and spent my time as a
12  sergeant at Tenderloin Station, probably about
13  five -- five years or so.
14          Promoted to lieutenant and I spent two years
15  as a lieutenant approximately assigned to Central
16  Station.
17          Then I was transferred to head the
18  Department of Internal Affairs unit at which at the
19  time was called -- referred to as Management Control
20  Division.  I did that for, I believe it was close to
21  four years.
22          And then from there, I was transferred as a
23  lieutenant to the Bay View Police Station.
24          From Bay View, I was promoted to captain.  I
25  was captain at Mission Station.  Did that for a

Page 8

1   little over two years or so.
2           I was promoted to commander.  I was
3   commander of investigations approximately a year.
4           I was transferred to the Field Operations
5   Bureau and I was commander of the Metro, which are
6   the downtown stations for approximately two years.
7           And from there, I was promoted to deputy
8   chief.  I was deputy chief of Administration Bureau
9   for approximately two years there.
10          And then from there, I was appointed to my
11  current position as assistant chief, chief of staff.
12  And I've been in that position since May of 2019.
13      Q.  Now, sir, when you were -- do you remember
14  who was the chief when you were promoted to deputy
15  chief?
16      A.  Chief Scott.
17      Q.  Okay.  And do you remember what year that
18  was?
19      A.  I believe it was in 2017.
20      Q.  Now, when did you first become involved in
21  the promotional process?  Was that in your role as
22  deputy chief?
23      A.  That's correct.
24      Q.  Okay.  And in your role as deputy chief
25  regarding the promotional process, I guess that would



ROBERT MOSER  Confidential
SCHIFF V. CITY OF SAN FRANCISCO

October 21, 2021
9–12

Page 9

1  have been around 2017, what was your role in that
2  process?
3      A.   So I would have participated in the
4  secondary criteria process with the other deputy
5  chiefs and assistant chiefs.
6      Q.   And what -- could you please describe that
7  process for us?
8      A.   Secondary criteria process is a process of
9  reviewing a prospective promotee's secondary criteria
10  packet.
11     Q.   And is -- in that process, did you meet with
12  other deputy chiefs and other people on the, I guess
13  the committee that was to review those secondary
14  criteria documents?
15         MR. COWNAN:  I'm going to object to the
16  form.
17         But you can answer, sir.
18         MR. MULLANAX:  Yeah, it wasn't a very well
19  drafted question.
20         MR. COWNAN:  It was only because you said,
21  "Did you meet with."  And I just -- that's -- part of
22  it is a little bit vague.
23         MR. MULLANAX:  Yeah.
24  BY MR. MULLANAX:
25     Q.   Could -- Chief, if you could describe when

Page 10

1  you review the secondary criteria, what exactly is
2  that process?
3      A.   Sure.  I'd be happy to.
4          So the -- each promotee submits a secondary
5  criteria packet.  That's basically outlined in the
6  promotive process of what that packet entails.
7          When the review process with the deputy
8  chiefs and assistant chiefs occurs, basically what it
9  is is that everybody, all those parties, the deputy
10  chiefs and the assistant chiefs are in a room and
11  each one receives a packet.  Basically, it's
12  Candidate No. 1, what have you.
13         The first person reviews that packet.  They
14  review it independently.  There's no discussion.  It
15  gets passed to the next person.  They review it.  No
16  discussion.  Then it gets passed around the -- around
17  the -- around the room, and it goes through every
18  candidate that's within -- within the purview during
19  that process.
20     Q.   And once you're finished with that process,
21  is that the end of your participation in the
22  promotional process?
23     A.   Yes.
24     Q.   So were you involved in the promotional
25  rounds of 2017?

Page 11

1      A.   I would have to know what the -- what the
2  dates of those were.
3      Q.   I think they were in October.
4      A.   If they were in October, yes.
5      Q.   Okay.  I'm going to -- what I'm going to do
6  is I'm going to pull up -- we don't have a date on
7  this document, but I'm going to pull it up and see if
8  you can -- let me see.  Let me get that.
9          Okay.  Chief, can you see this document here
10  that I've shared on the screen?
11     A.   Yes.
12     Q.   Okay.  And for the record, it's a
13  thirteen-page document, and it starts with page
14  number CCSF8611 and the last page is CCSF8623.
15         (Exhibit 1 was marked for
16          identification.)
17  BY MR. MULLANAX:
18     Q.   Do you recognize that document?
19     A.   Yes.
20     Q.   And what is it?
21     A.   It is a secondary criteria comment sheet for
22  sergeants promotional.
23     Q.   And is -- is that your name up there on the
24  top?
25     A.   Yes.

Page 12

1      Q.   And is that your handwriting on this
2  document?
3      A.   It appears so, yes.
4      Q.   Now, tell us what you use this form for.
5      A.   This is used to take notes and make
6  recommendations on any particular candidate or packet
7  that you could review.
8      Q.   So you have this -- this document with you
9  when you're reviewing the sergeants secondary
10  criteria?
11     A.   Yes.
12     Q.   And these are your notes based on what you
13  see in the secondary criteria?
14     A.   Yes.
15     Q.   Okay.  And then, I'm just flipping now to
16  page two of the exhibit just to kind of get an idea.
17         I noticed it looks like a lot of your
18  comments relate to the applicant's educational
19  background; is that correct?
20     A.   Yes, some of them are.  Yes.
21     Q.   Okay.  And again --
22         MR. MULLANAX:  And I don't think, Peter, we
23  stated this at the beginning, but this will be
24  confidential.  These were produced in a confidential
25  basis, so we can have this declared a confidential



800.211.DEPO (3376)
EsquireSolutions.com

Page 33

1 record. No. 11 is a five-page exhibit, starting off
2 with page CCSF 20854 and it goes through CCSF 20858.
3 So now I'm back on page 1 of Exhibit 11.
4     And Chief, do you recognize this document?
5     THE WITNESS:  Yes.
6 BY MR. MULLANAX:
7   Q.  And what is it?
8   A.  This is a -- a secondary criteria
9 recommendation and note sheet for lieutenants exam.
10   Q.  And is that -- that's your name on top
11 there?
12   A.  Yes.
13   Q.  And is that your handwriting on this
14 document?
15   A.  Yes.
16   Q.  And is this the document that you filled out
17 while reviewing the secondary criteria files for
18 those that were seeking promotion to lieutenant?
19   A.  Yes.
20     MR. MULLANAX:  Okay.  Okay.  I think we're
21 on our last one here.  This is going to be
22 Exhibit 12.
23     (Exhibit 12 was marked for
24     identification.)
25 ///

Page 34

1 BY MR. MULLANAX:
2   Q.  And it's one-page document and it's page
3 number CCSF 20864.
4     Do you see this document, sir?
5   A.  Yes.
6   Q.  And what is it?
7   A.  This is the secondary criteria
8 recommendation and note sheet for the captain exam.
9   Q.  And is this your -- do you recognize the
10 handwriting on this document?
11   A.  Yes.
12   Q.  And is it your handwriting?
13   A.  Yes.
14   Q.  And that's your name on top, isn't it?
15   A.  Yes.
16   Q.  Okay.  And is -- is this the document you
17 filled out while you were reviewing the secondary
18 criteria files for those seeking promotion to
19 captain?
20   A.  Yes.
21   Q.  Okay.  All right.
22     I think -- now, I just have a couple more
23 questions and then I think we'll be finished.
24     Oh, I forgot to -- the last document.  What
25 was -- I just want to make sure my notes are correct.

Page 35

1     Now, during the promotional process, let's
2 say since 2017, did you ever have any discussions
3 with Chief Scott about any of the individual
4 candidates for promotion?
5   A.  No, not that I recall.
6   Q.  Did -- did he ever call you or -- because my
7 understanding is that the chief was appointed back in
8 early 2017.  And then these first round of promotions
9 were done around October of 2017.
10     Do you know, did he ever talk with you about
11 any of the candidates on his own volition since he
12 was new to the department?
13   A.  Are you referring to a specific date?  Could
14 you clarify that?
15   Q.  Yeah, let's say in 2017, when the
16 promotional rounds going on then, did Chief Scott
17 ever contact you to ask you about any of the
18 individual candidates that were up for promotion?
19   A.  No.
20   Q.  So is it safe to say that you had no
21 conversations at all with Chief Scott about any of
22 the promotions in the -- let's say the rounds of
23 2017?
24   A.  That's correct.
25   Q.  Okay.  Then would the same thing apply to

Page 36

1 the rounds in 2018 and 2019?
2     MR. COWNAN:  You're asking him if he -- if
3 he had specific conversations or conversations about
4 specific candidates, correct?
5     MR. MULLANAX:  Yes, with Chief Scott.
6     THE WITNESS:  I don't recall those, any
7 conversations.
8     MR. MULLANAX:  Okay.  Can we take -- I think
9 I'm finished, but can we take maybe a five-minute
10 break?
11     MR. COWNAN:  Yeah, let's go off the record.
12     MR. MULLANAX:  Okay.  Let's go off the
13 record.
14     (Short recess taken.)
15     MR. MULLANAX:  All right.  I just have a
16 couple more questions.  We are back on the record
17 with Chief Moser.
18 BY MR. MULLANAX:
19   Q.  Chief, do you realize that even though we
20 took a break, you're still under oath?
21   A.  Yes.
22   Q.  Okay.  I've just got a couple follow-up
23 questions for you and then we'll be finished.
24     Do you recall after the -- the rounds of
25 promotions back in 2017 and 2018, do you recall

**Page 41**

```
 1  Case:  Frederick (Ric) Schiff vs. City and County of
        San Francisco
 2  Civil No: 4:19-cv-03260-YGR
    Reported By:  Emily A. Gibb, RPR, CSR, NV CCR 709
 3  Date Taken:  Thursday, October 21, 2021
 4
 5
 6                WITNESS CERTIFICATE
 7        I, Robert Moser, HEREBY DECLARE:
 8        That I am the witness in the foregoing
    transcript; that I have read the transcript and know
 9  the contents thereof; that with these corrections, I
    have noted this transcript truly and accurately
10  reflects my testimony.
11  PAGE-LINE        CHANGE-CORRECTION           REASON
    _____   _____   _____
12  _____   _____   _____
    _____   _____   _____
13  _____   _____   _____
    _____   _____   _____
14  _____   _____   _____
    _____   _____   _____
15  _____   _____   _____
    _____   _____   _____
16  _____   _____   _____
    _____   _____   _____
17  _____   No corrections were made.
18        I, Robert Moser, deponent herein, do hereby
    certify and declare under penalty of perjury the
19  within and foregoing transcription to be true and
    correct.
20
            _____
21                  Robert Moser, Deponent
22         SUBSCRIBED and SWORN to at _____
    _____, this _____ day of _____, 2021.
23
            _____
24                       Notary Public
25
```

**Page 42**

```
 1
 2                REPORTER'S CERTIFICATE
 3  STATE OF UTAH      )
                       )
 4  COUNTY OF UTAH     )
 5
 6       I, EMILY A. GIBB, a Certified Shorthand
 7  Reporter and Registered Professional Reporter, hereby
 8  certify:
 9
10       THAT the foregoing proceedings were taken
11  before me at the time and place set forth in the
12  caption hereof; that the witness was placed under
13  oath to tell the truth, the whole truth, and nothing
14  but the truth; that the proceedings were taken down
15  by me in shorthand and thereafter my notes were
16  transcribed through computer-aided transcription; and
17  the foregoing transcript constitutes a full, true,
18  and accurate record of such testimony adduced and
19  oral proceedings had, and of the whole thereof.
20       I have subscribed my name on this 4th
21  day of November, 2021.   [signature: Emily A. Gibb]
22
23                       _____
                         Emily A. Gibb, RPR, CSR, CCR
24
25
```