# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** September 6, 2022     **Time:** 2:00 - 3:26     **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 19-cv-03260-YGR     **Case Name:** Schiff v. City and County of San Francisco

**Attorneys for plaintiffs:** Milton Greg Mullanax
**Attorneys for defendants:** Peter Cowan

**Deputy Clerk:** Aris Garcia     **Reported by:** Raynee Mercado

## PROCEEDINGS

[78] Defendants' MOTION for Summary Judgment, or in the alternative, Partial Summary Judgment hearing held and submitted.

Parties' stipulation to dismiss plaintiffs: Alice Dicroce, Micah Hope & Christopher Ritter is Granted by the Court.

**Order to be prepared by:**
( )  Plaintiff     ( )  Defendant     (x)  Court