DAVID CHIU, State Bar #189542
City Attorney
JONATHAN ROLNICK, State Bar #151814
Chief Labor Attorney
PETER A. COWNAN, State Bar # 255910
CAROLINE M. PAGE, State Bar #313798
Deputy City Attorneys
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Telephone:     (415) 554-3849
E-Mail:        peter.cownan@sfcityatty.org
E-Mail:        caroline.page@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BRAKEL; CLAYTON HARMSTON; ALEXANDER LENTZ; GERALD NEWBECK; AND STEVEN HASKELL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; WILLIAM (BILL) SCOTT, INDIVIDUALLY, AND DOES 1-20,<br><br>　　　　Defendants. | Case No. 4:19-cv-03260-YGR<br><br>**JOINT TRIAL SETTING CONFERENCE STATEMENT**<br><br>Hearing Date:　Nov. 7, 2022<br>Hearing Time:　2 p.m.<br>Courtroom:　　via Zoom<br>Judge:　　　　Hon. Yvonne Gonzalez Rogers<br><br>Date Action Filed:　June 11, 2019<br>Date TAC Filed　　April 28, 2020<br>Trial Date:　　　　None Currently Set |

In accordance with the Court's orders (see Dkt. Nos. 95-97), the parties have meet and conferred and state the following in advance of the Trial Setting Conference set for November 7, 2022:

- Requested Trial Date:  In light of both counsels' scheduled trials and litigation matters as listed below, the parties request trial(s) in this matter be set to begin no earlier than

1

November 2023. Pursuant to the Court's order, counsels' current trial dates are listed below;

- <u>Requested Further Mediation</u>: The parties additionally request to have until February 28, 2023 to conduct and complete a further mediation session;
- <u>Motion to Sever</u>: Defendants may seek to file a Motion to Sever Plaintiffs such that each remaining Plaintiff will have his own separate trial.
- <u>Currently Scheduled Trials in Other Matters</u>: The parties currently have the following matters scheduled for trial and or significant hearing/filing deadlines:
    - **November 19, 2022** – 1-day arbitration hearing (Peter A. Cownan)
    - **December 5, 2022** – 1-day arbitration hearing (Peter A. Cownan)
    - **December 19, 2022** – Significant summary judgment motion due in class action entitled *Carroll et al. v. City and County of San Francisco, et al.*, San Francisco Superior Court Case No. CGC-17-562580 (Peter A. Cownan and Caroline M. Page);
    - **January 18, 2023** – 3-day arbitration hearing in Gray v. Lowe's, AAA Case No. 01-22-0001-5441, Fresno (Greg Mullanax)
    - **February 6, 2023** – Civil jury trial in *Mohammad Habib v. City and County of San Francisco,* San Francisco Superior Court Case No. CGC-18-569287, estimated duration 5-6 weeks (Caroline M. Page)
    - **March 24, 2023** – 1-day arbitration hearing (Caroline M. Page)
    - **April 3, 2023** – Civil jury trial in *Carroll et al. v. City and County of San Francisco, et al.*, San Francisco Superior Court Case No. CGC-20-562580, estimated for 5 weeks (Peter A. Cownan and Caroline M. Page);
    - **June 7, 2023** – Civil Jury Trial in *Cunningham v. City and County of San Francisco*, San Francisco Superior Court Case No. CGC-20-587028, estimated for 14 days (Peter A. Cownan);

///

2

*JOINT TRIAL SETTING CONFERENCE STATEMENT*     n:\labor\li2019\191037\01515922.docx
*Schiff v. CCSF, et al.;* CASE NO.  4:19-cv-03260-YGR

1
2
3
- o **June 21, 2023** – Civil jury trial in *Krenitzky v. Kirsch, et al.,* U.S.D.C. Eastern District of California, Case No. 2:18-cv-0690 WBS DB (PC), estimated duration 3 weeks (Greg Mullanax);

4
5
6
- o **July 24, 2023** – Civil Jury Trial in *Ostly v. City and County of San Francisco*, Northern District of California Case No. 21-cv-08955-EMC, estimated for 7 days (Peter A. Cownan)

7
8
9
- o **September 5, 2023** – Civil Jury Trial in *Ugbaja v. City and County of San Francisco*, San Francisco Superior Court Case No. CGC-21-596997, estimated for 7 days (Peter A. Cownan)

10
11
12
- o **September 11, 2023** – Civil jury trial in *Danielle Dillard and Kim Lee v. City and County of San Francisco,* San Francisco Superior Court Case No. CGC-20-585992, estimated duration 5-6 weeks (Caroline M. Page)

Dated:  October 31, 2022

DAVID CHIU
City Attorney
JONATHAN C. ROLNICK
Chief Labor Deputy
CAROLINE PAGE
PETER A. COWNAN
Deputy City Attorneys

By: */s/ Peter A. Cownan*
PETER A. COWNAN
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM (BILL) SCOTT

Dated: October 31, 2022

LAW OFFICE OF M. GREG MULLANAX
By: /s/ M. Greg Mullanax
M. Greg Mullanax
Attorney for Plaintiffs,
Glenn Brakel, et al.

3

*JOINT TRIAL SETTING CONFERENCE STATEMENT*
*Schiff v. CCSF, et al.;* CASE NO.   4:19-cv-03260-YGR

n:\labor\li2019\191037\01515922.docx

## ATTESTATION OF E-FILED SIGNATURE

I, Peter A. Cownan, am the ECF User whose ID and password are being used to file this Joint Trial Setting Conference Statement.  In compliance with Local Rule 5-1(i)(3), I attest that Greg Mullanax has read and approved this pleading and consented to its filing in this action.

Dated:  October 31, 2022

DAVID CHIU
City Attorney
JONATHAN C. ROLNICK
Chief Labor Deputy
CAROLINE PAGE
PETER A. COWNAN
Deputy City Attorneys

By: */s/ Peter A. Cownan*
PETER A. COWNAN
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM (BILL) SCOTT