1  M. Greg Mullanax, SBN 155138
   greg@lawmgm.com
2  Law Office of M. Greg Mullanax
   2140 N. Winery Avenue, Suite 101
3  Fresno, CA 93703
   (559) 420-1222
4  (559) 354-0997 fax

5  Attorney for Plaintiff,
   Ric Schiff

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frederick (Ric) Schiff; Glenn Brakel; Alice Dicroce; Joseph Emanuel; Brian Greer; Clayton Harmston; Steven Haskell; Micah Hope; Daniel Kelly; Alexander Lentz; Brandon McKelley; Gerald Newbeck; David O'Keeffe; Christopher Ritter; Steven Uang and Thomas Walsh,<br><br>Plaintiff,<br><br>v.<br><br>City and County of San Francisco; Greg Suhr, individually; William (Bill) Scott, individually; and DOES 1-20,<br><br>Defendants. | Case No. 4:19-cv-03260-YGR<br><br>**Notice of Settlement**<br><br>**Date Action Filed:** June 11, 2019<br>**Date TAC Filed:** April 28, 2020<br>**Trial Date:** November 6, 2023 |

## Notice of Settlement

1. Parties participated in private mediation on January 31, 2023, in San Francisco. The parties reached an agreement to settle this case in full.

2. Parties ask the Court to vacate the trial date and all other dates on calendar.

3. The parties ask for nine months to process the settlement through the City and County of San Francisco's formal settlement approval process before filing a formal request for dismissal with the Court.

4. I attest that defense counsel, Caroline M. Page, has concurred in the filing of this document, as indicated on the signature line below.

Dated: March 13, 2023  /s/
M. Greg Mullanax
Attorney for Plaintiffs,
Frederick "Ric" Schiff, *et al.*

Dated: March 13, 2023  /s/
Caroline M. Page
Attorney for Defendants
City and County of San Francisco; Greg Suhr, individually; William (Bill) Scott, individually; and DOES 1-20