# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREDERICK SCHIFF, ET AL.,**<br><br>   Plaintiffs**,**<br><br>   vs.<br><br>**CITY AND COUNTY OF SAN FRANCISCO, ET AL.,**<br><br>   Defendants**.** | CASE NO.  19-cv-03260-YGR<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Dkt. No. 100 |

As reflected by Docket Number 100, the parties to this action have agreed to settlement.

Based thereon, this matter is **DISMISSED WITH PREJUDICE** and any hearings and deadlines in this matter are **Vacated**.

It is further **ORDERED** that if any party certifies to the Court, with proper notice to all other parties, by no later than January 31, 2024, that the cause should be reopened, this Order shall be vacated and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: March 13, 2023

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**